**JUDGE SWAIN**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

**07 CIV 5941**

CAREMARK, INC., d/b/a CAREMARK THERAPEUTIC SERVICES,

Civil Action No.:

Plaintiffs,

-against-

UNITED HEALTH CARE, ANCILLARY CARE MANAGEMENT, and THE CINTAS CORPORATION HEALTH PLAN,

Defendants.
------------------------------------------------------------X

**DISCLOSURE OF INTERESTED PARTIES PURSUANT TO RULE 7.1**

RECEIVED JUN 22 2007 U.S.D.C. S.D.N.Y. CASHIERS

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for defendant, United HealthCare Insurance Co. ("UHI"), incorrectly sued as United Health Care, certifies that UHI is a wholly owned subsidiary of UHIC Holdings, Inc., which is a wholly owned subsidiary of United HealthCare Services, Inc., which is a wholly owned subsidiary of UnitedHealth Group, Inc., a publicly held company.

Dated: New York, New York
       June 22, 2007

Yours, etc.

SEDGWICK, DETERT, MORAN & ARNOLD LLP

By: _____
Michael H. Bernstein (MB-0579)
*Attorneys for Defendant*
**UNITED HEALTHCARE INSURANCE CO.
i/s/a UNITED HEALTH CARE**
125 Broad Street - 39th Floor
New York, New York 10004-2400
(212) 422-0202

TO: Abraham Wax, P.C.
    Attorney for Plaintiff
    750 Third Avenue
    New York, NY 10017
    (212) 922-9004

NY/503393v1

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the attached **DISCLOSURE OF INTERESTED PARTIES PURSUANT TO RULE 7.1** was served via regular mail on June 22, 2007, upon

>Abraham Wax, P.C.
>Attorney for Plaintiff
>750 Third Avenue
>New York, NY 10017
>(212) 922-9004

Dated: June 22, 2007

_____
Michael H. Bernstein (MB-0579)

NY/503393v1

Index No.                                                                                       Year

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CAREMARK, INC., d/b/a CAREMARK THERAPEUTIC SERVICES,

Plaintiffs,

- against -

UNITED HEALTH CARE, ANCILLARY CARE MANAGEMENT, and
THE CINTAS CORPORATION HEALTH PLAN,

Defendants.

---

**DISCLOSURE OF INTERESTED PARTIES
PURSUANT TO RULE 7.1**

---

SEDGWICK, DETERT, MORAN & ARNOLD LLP
*Attorney(s) for* Defendant UNITED HEALTHCARE INSURANCE CO.
i/s/a UNITED HEALTH CARE

*Offices and Post Office Address*
125 BROAD STREET
NEW YORK, N.Y. 10004
Tel. (212) 422-0202

To

Attorney(s) for Plaintiff

---

Service of a copy of the within                                    is hereby admitted.

Dated,

Attorney(s) for

---

NOTICE OF ENTRY

Sir:-Please take notice that the within is a (*certified*) true copy of a duly entered in the office of the clerk of the within named court on

Dated,
                                 Yours, etc.,
SEDGWICK, DETERT, MORAN & ARNOLD LLP
*Attorney(s) for* Defendant UNITED HEALTHCARE INSURANCE CO. i/s/a UNITED HEALTH CARE

*Offices and Post Office Address*
125 BROAD STREET
NEW YORK, N.Y. 10004

To

Attorneys for

---

NOTICE OF SETTLEMENT

Sir:-Please take notice that an order

of which the within is a true copy will be presented for settlement to the Hon.

one of the judges of the within named Court, at
on
at
Dated,
                                 Yours, etc.,
SEDGWICK, DETERT, MORAN & ARNOLD LLP
*Attorney(s) for* Defendant UNITED HEALTHCARE INSURANCE CO. i/s/a UNITED HEALTH CARE

*Offices and Post Office Address*
125 BROAD STREET
NEW YORK, N.Y. 10004

To

Attorney(s) for

NY/503449v1