UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
CAREMARK, INC., d/b/a CAREMARK THERAPEUTIC      Civil Action No.: 07-CV-5941
SERVICES,

                    Plaintiffs,      **PROOF OF SERVICE**

    -against-

UNITED HEALTH CARE, ANCILLARY CARE
MANAGEMENT, and THE CINTAS CORPORATION
HEALTH PLAN,
                    Defendants.
---------------------------------------------------------------------X

      I, Michael H. Bernstein, hereby certify and affirm that true and correct copies of the Civil Cover Sheet, Notice of Notice of Filing of Notice of Removal, Notice of Removal, Filing of Notice of Notice of Removal, Rule 7.1 Disclosure Statement, which were all filed with this Court on June 22, 2007, were served regular mail on June 22, 2007, upon the following:

                Abraham Wax, P.C.
                Attorney for Plaintiff
                750 Third Avenue
                New York, NY 10017

      In addition, I certify that true and correct copies of the Individual Practices of Judge Laura Taylor Swain and Magistrate Judge Maas were served regular mail on June 22, 2007, upon the following:

                Abraham Wax, P.C.
                Attorney for Plaintiff
                750 Third Avenue
                New York, NY 10017

Dated: New York, New York
       June 25, 2007

                                Respectfully submitted,

                                SEDGWICK, DETERT, MORAN & ARNOLD LLP

                                By: /s/ _____
                                    Michael H. Bernstein (MB-0579)
                                    *Attorneys for Defendant*
                                    **UNITED HEALTHCARE INSURANCE CO.,**
                                    **i/s/a UNITED HEALTH CARE**
                                    125 Broad Street - 39th Floor
                                    New York, New York 10004-2400
                                    (212) 422-0202
                                    [SDM&A File No. 2072-060089]