# SEDGWICK
### DETERT, MORAN & ARNOLD LLP

125 Broad Street, 39th Floor
New York, New York 10004-2400
Tel: 212.422.0202  Fax: 212.422.0925

www.sdma.com

June 27, 2007

**VIA FACSIMILE**
Hon. Laura Taylor Swain
United States District Judge
United States District Court for the
Southern District of New York
500 Pearl St., Room 755
New York, NY 10007

Re:   *Caremark, Inc. v. United Health Care*
      Civ. Act. No. 07 Civ. 5941 (LTS)
      File No.: 2072-060089



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 2 9 2007

**MEMO ENDORSED**
IT IS ORDERED that counsel to whom this Memo Endorsement is sent is responsible for faxing or otherwise delivering promptly a copy to all counsel and unrepresented parties and filing a certificate of such service within 5 days from the date hereof. Do not fax such certification to Chambers.

Dear Judge Swain:

We represent the defendant United HealthCare Insurance Company ("UHI") with regard to the above-referenced action. We write to request a two-week extension of UHI's time to answer or move with respect to the Complaint.

Currently, UHI's time to respond to the Complaint is June 29, 2007. No previous request for an extension of time has been made, and plaintiff's counsel consents to the request. UHI's request, if granted, does not effect any other scheduled dates and would extend UHI's time to July 13, 2007 to file its answer or motion to the Complaint.

Thank you for your consideration and attention to this matter.

Respectfully submitted,

*[signature]*

Michael H. Bernstein (MB-0597)
John T. Seybert (JS-5014)
Sedgwick, Detert, Moran & Arnold LLP

JTS/jts
cc:   Abraham Wax, Esq. (via facsimile)

*The request is granted.*

SO ORDERED.

*[signature]* 6/28/2007
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

NY/503683v1

New York ■ London ■ San Francisco ■ Zurich ■ Los Angeles ■ Paris ■ Newark ■ Orange County ■ Chicago ■ Dallas