| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>------------------------------------------------------------X | INDEX NO.<br>07 CIV 5941 (LTS) |
| CAREMARK, INC., d/b/a CAREMARK THERAPEUTIC SERVICES, | ECF Case |
| Plaintiff,<br>-against- | **MOTION TO REMAND** |
| UNITED HEALTH CARE, ANCILLARY CARE MANAGEMENT, and THE CINTAS CORPORATION HEALTH PLAN, | |
| Defendants.<br>------------------------------------------------------------X | |

PLEASE TAKE NOTICE that upon the affidavit of Abraham Wax, and upon all the pleadings heretofore filed in this action, the Plaintiff, by its attorney Abraham Wax, will move this Court before the Honorable Laura Taylor Swain for an order remanding this action to the Supreme Court of the State of New York, and for such other and further relief as the Court deems just and proper.

Dated: New York, New York
      July 9, 2007

                                                ABRAHAM WAX, P.C.
                                                Attorneys for Plaintiff

                By:    _/s/ Abraham Wax_____
                          Abraham Wax
                          750 Third Avenue - 29 Floor
                          New York, NY 10017
                          Tel: (212) 922-9004
                          Fax: (212) 922-9150

TO:  Michael H. Bernstein, Esq.
     SEDGWICK, DETERT, MORAN & ARNOLD, LLP
     Attorneys for Defendant
     United Health Care
     125 Broad Street - 39th Floor
     New York, NY 10004