
525833

| | |
|---|---|
| | INDEX NO: 601552/07<br>FILE DATE: 5/9/2007<br>ATTY: ABRAHAM WAX, PC<br>750 THIRD AVENUE-29TH FLOOR<br>NEW YORK, NY 10017 |

**SUPREME COURT OF NEW YORK**
**NEW YORK**

**STATE OF NEW YORK: COUNTY OF    NEW YORK**

EPS No. 510798
Attorney File No.
Batch No. 103781

---

CAREMARK, INC., D/B/A CAREMARK THERAPEUTIC SERVICES                    Plaintiff(s)



- against -

UNITED HEALTH CARE, ANCILLARY CARE MANAGEMENT, THE                    Defendant(s)
CINTAS CORPORATION HEALTH PLAN

---

**STATE OF NEW YORK, COUNTY OF QUEENS: SS:**

CHARLES F. MON BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on 5/22/2007 at 2:48PM at 1 PENN PLAZA, NEW YORK, NY 10121, 8TH FLOOR deponent served the within SUMMONS & VERIFIED COMPLAINT on UNITED HEALTH CARE. At time of service the index number and date of filing were on the SUMMONS & VERIFIED COMPLAINT

**CORPORATION**
By delivering to and leaving with UNITED HEALTH CARE and that the deponent knew the person so served to be the GENERAL AGENT, NELMIRA GARNES, AUTHORIZED TO ACCEPT ON BEHALF of the corporation.

**A DESCRIPTION OF THE DEFENDANT OR OTHER PERSON SERVED ON BEHALF OF THE DEFENDANT IS AS FOLLOWS:**

| Approximate age: 39 | Approximate weight: 160 | Approximate height: 5'5" |
|---|---|---|
| Color of skin: BLACK | Color of hair: BLACK | Sex: F |

NEW YORK
COUNTY CLERK'S OFFICE
MAY 30 2007
NOT COMPARED
WITH COPY FILE

Sworn to before me on   5/23/2007

| LUIS A. CRESPO | KEVIN T. MACTIERNAN | ARTAK RAEVSKY | LORRE A. DUNNE |
|---|---|---|---|
| Commissioner of Deeds | NOTARY PUBLIC-STATE OF NEW YORK | NOTARY PUBLIC-STATE OF NEW YORK | NOTARY PUBLIC-STATE OF NEW YORK |
| City of New York No. 4-4920 | No. 01MA6108632 | No. 01RA6123189 | No. 01DU8016358 |
| Certificate Filed in Queens County | Qualified in Nassau County | Qualified in Queens County | Qualified in Queens County |
| Commission Expires Aug. 1, 2007 | Commission Expires 4/19/2008 | Commission Expires 2/28/2009 | Commission Expires 11/16/2010 |

NP

**ELITE PROCESS SERVERS * 88-08 Little Neck Parkway, Floral Park, NY 11001**