AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | NEW YORK |
|---|---|---|

CAREMARK, INC.

v.

UNITED HEALTH CARE, ET AL.

**APPEARANCE**

Case Number: 07-5941

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

UNITED HEALTH CARE

I certify that I am admitted to practice in this court.

| July 11, 2007 | _[signature]_ |
|---|---|
| Date | Signature |

| John Seybert | JS 5014 |
|---|---|
| Print Name | Bar Number |

| 125 Broad Street, 39th Fl | |
|---|---|
| Address | |

| New York | New York | 10004 |
|---|---|---|
| City | State | Zip Code |

| (212) 422-0202 | (212) 422-0925 |
|---|---|
| Phone Number | Fax Number |

John.seybert@sdma.com