## CERTIFICATE OF SERVICE

I, John T. Seybert, hereby certify and affirm that a true and correct copy of the attached **APPEARANCE** was served via ECF on this 11th day of July, 2007, upon the following:

>Abraham Wax, Esq.
>Abraham Wax, P.C.
>Attorney For Plaintiff
>750 Third Avenue
>New York, NY 10017

JOHN T. SEYBERT (JS-5014)

Dated:   New York, New York
         July 11, 2007