UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
CAREMARK, INC., d/b/a CAREMARK THERAPEUTIC
SERVICES,

                             Plaintiff,

     -against-

UNITED HEALTH CARE, ANCILLARY CARE
MANAGEMENT, and THE CINTAS CORPORATION
HEALTH PLAN,

                             Defendants.
------------------------------------------------------------------X

INDEX NO.
07 CIV 5941 (LTS)

ECF CASE

**AFFIRMATION
OF SERVICE**

STATE OF NEW YORK )
COUNTY OF NEW YORK ) ss:

      ABRAHAM WAX, an attorney duly admitted to practice law in the State of New York, affirms the following under penalty of perjury:

      On July 11, 2007, I served the within MOTION TO REMAND by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository of the United States Postal Service within the State of New York, addressed to the persons set forth below at the last known address set forth after each name.

Dated: New York, New York
       July 11, 2007

                                              _____
                                              Abraham Wax (AW-9424)

TO:  Michael H. Bernstein, Esq.
       SEDGWICK, DETERT, MORAN & ARNOLD, LLP
       Attorneys for Defendant
       United Health Care
       125 Broad Street - 39th Floor
       New York, NY 10004