UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

| | |
|---|---|
| CAREMARK, INC., d/b/a CAREMARK THERAPEUTIC SERVICES,<br><br>        Plaintiffs,<br><br> -against-<br><br>UNITED HEALTH CARE, ANCILLARY CARE MANAGEMENT, and THE CINTAS CORPORATION HEALTH PLAN,<br>        Defendants. | Civil Action No.:<br>07 Civ. 5941 (LTS) (FM)<br><br>**CERTIFICATE OF SERVICE PURSUANT OF INITIAL CONFERENCE ORDER**<br><br>**DOCUMENT<br>ELECTRONICALLY FILED** |

------------------------------------------------------------------------X

I, JOHN T. SEYBERT, hereby certify and affirm that a true and correct copy of the **INITIAL CONFERENCE ORDER dated June 28, 2007** (Document Entry No. 4) was served *via* facsimile on this 2nd day of July, 2007, upon the following:

>Abraham Wax, Esq.
>Abraham Wax, P.C.
>Attorney for Plaintiff
>750 Third Avenue
>New York, NY 10017

Dated: New York, New York
    July 13, 2007

>Yours, etc.
>SEDGWICK, DETERT, MORAN & ARNOLD LLP
>
>By:   s/
>    John T. Seybert (JS-5014)
>    *Attorneys for Defendant*
>    **UNITED HEALTHCARE INSURANCE COMPANY i/s/a UNITED HEALTH CARE**
>    125 Broad Street - 39th Floor
>    New York, New York 10004-2400
>    (212) 422-0202

NY/504693v1