UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
CAREMARK, INC., d/b/a CAREMARK THERAPEUTIC  　　Civil Action No.:
SERVICES,　　　　　　　　　　　　　　　　　　　　07 Civ. 5941 (LTS) (FM)

　　　　　　　　　　　　Plaintiffs,　　　　　　**DECLARATION OF**
　　　　-against-　　　　　　　　　　　　　　　**JOHN T. SEYBERT**

UNITED HEALTH CARE, ANCILLARY CARE　　　　　　**DOCUMENT**
MANAGEMENT, and THE CINTAS CORPORATION　　　　**ELECTRONICALLY FILED**
HEALTH PLAN,
　　　　　　　　　　　　Defendants.
-------------------------------------------------------------------X

　　　　JOHN T. SEYBERT, pursuant to 28 U.S.C. §1746(2) declares the following:

　　　　1.　　I am an associate with Sedgwick, Detert, Moran & Arnold LLP, counsel for United HealthCare Insurance Company ("UHI"), incorrectly sued herein as United Health Care. I am personally familiar with the pertinent facts raised by plaintiff's motion based on my review of the records in this matter and my representation of defendant UHI.

　　　　2.　　Annexed hereto as Exhibit "A" is a printout from the New York State Department of State Division of Corporations Database identifying defendant Ancillary Care Management, Inc. as a Delaware Corporation with its principal place of business in Minnesota.

　　　　3.　　Annexed hereto as Exhibit "B" is a printout from the New York State Department of State Division of Corporations Database identifying defendant Cintas Corporation as a Nevada Corporation with its principal place of business in Ohio.

　　　　4.　　Annexed hereto as Exhibit "C" is a printout from the New York State Department of State Division of Corporations Database identifying plaintiff Caremark Inc. as a California Corporation with its principal place of business in Illinois.

　　　　5.　　In a letter dated July 17, 2007, I requested that plaintiff's counsel withdraw his motion for remand of this action because UHI had also timely removed this matter on the

NY/505168v1

additional grounds of diversity of citizenship. A true and correct copy of the letter is annexed hereto as Exhibit "D."

      6.    Plaintiff's counsel has not agreed to withdraw plaintiff's motion for remand.

Dated: New York, New York
       July 25, 2007

                                    I declare under penalty of perjury that the foregoing is true and correct.

                                    ___s/_____
                                    JOHN T. SEYBERT (JS-5014)

## **CERTIFICATE OF SERVICE**

     I, JOHN T. SEYBERT, hereby certify and affirm that a true and correct copy of the attached **DECLARATION JOHN T. SEYBERT** was served via ECF and Regular Mail on this 25th day of July, 2007, upon the following:

> Abraham Wax, Esq.
> Abraham Wax, P.C.
> Attorney for Plaintiff
> 750 Third Avenue
> New York, NY 10017

                                                                  s/
                                            JOHN T. SEYBERT (JS-5014)

Dated:   New York, New York
             July 25, 2007

NY/505168v1