# Exhibit A

# NYS Department of State

## Division of Corporations

### Entity Information

---

Selected Entity Name: ANCILLARY CARE MANAGEMENT, INC.

Selected Entity Status Information

**Current Entity Name:** ANCILLARY CARE MANAGEMENT, INC.
**Initial DOS Filing Date:** NOVEMBER 05, 2004
**County:** NEW YORK
**Jurisdiction:** DELAWARE
**Entity Type:** FOREIGN BUSINESS CORPORATION
**Current Entity Status:** ACTIVE

Selected Entity Address Information

**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**
C/O NATIONAL REGISTERED AGENTS, INC.
440 9TH AVE. 5TH FLOOR
NEW YORK, NEW YORK, 10001

**Chairman or Chief Executive Officer**
H DAVID WILLCUTTS
10400 VIKING DR STE 200
EDEN PRAIRIE, MINNESOTA, 55344

**Principal Executive Office**
ANCILLARY CARE MANAGEMENT, INC.
10400 VIKING DR STE 200
EDEN PRAIRIE, MINNESOTA, 55344

**Registered Agent**
NATIONAL REGISTERED AGENTS, INC.
440 9TH AVE. 5TH FLOOR
NEW YORK, NEW YORK, 10001

NOTE: New York State does not issue organizational identification numbers.

Search Results           New Search

Division of Corporations, State Records and UCC Home Page    NYS Department of State Home Page