# Exhibit B

# NYS Department of State

## Division of Corporations

### Entity Information

---

Selected Entity Name: CINTAS CORPORATION NO. 2

Selected Entity Status Information

**Current Entity Name:** CINTAS CORPORATION NO. 2
**Initial DOS Filing Date:** JUNE 02, 2000
**County:** MONROE
**Jurisdiction:** NEVADA
**Entity Type:** FOREIGN BUSINESS CORPORATION
**Current Entity Status:** ACTIVE

Selected Entity Address Information

**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**
C/O C T CORPORATION SYSTEM
111 EIGHTH AVENUE
NEW YORK, NEW YORK, 10111

**Chairman or Chief Executive Officer**
SCOTT D. FARMER
6800 CINTAS BOULEVARD
MASON, OHIO, 45040-9151

**Principal Executive Office**
CINTAS CORPORATION
6800 CINTAS BOULEVARD
MASON, OHIO, 45040-9151

**Registered Agent**
C T CORPORATION SYSTEM
111 8TH AVENUE
NEW YORK, NEW YORK, 10111

NOTE: New York State does not issue organizational identification numbers.

Search Results        New Search

Division of Corporations, State Records and UCC Home Page    NYS Department of State Home Page