# Exhibit C

# NYS Department of State

## Division of Corporations

### Entity Information

---

Selected Entity Name: CAREMARK INC.

Selected Entity Status Information

**Current Entity Name:** CAREMARK INC.
**Initial DOS Filing Date:** OCTOBER 29, 1986
**County:** ALBANY
**Jurisdiction:** CALIFORNIA
**Entity Type:** FOREIGN BUSINESS CORPORATION
**Current Entity Status:** ACTIVE

Selected Entity Address Information

**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**
CORPORATION SERVICE COMPANY
80 STATE ST
ALBANY, NEW YORK, 12207-2543

**Chairman or Chief Executive Officer**
HOWARD A MCLURE
2211 SANDERS RD
NORTHBROOK, ILLINOIS, 60062

**Principal Executive Office**
CAREMARK INC.
2211 SANDERS RD
NORTHBROOK, ILLINOIS, 60062

**Registered Agent**
CORPORATION SERVICE COMPANY
80 STATE STREET
ALBANY, NEW YORK, 12207

NOTE: New York State does not issue organizational identification numbers.

Search Results          New Search

Division of Corporations, State Records and UCC Home Page    NYS Department of State Home Page