# Exhibit D

07/17/2007 18:39 FAX                                                                                   ☒001

```
                    ***********************
                    ***   TX REPORT     ***
                    ***********************

        TRANSMISSION OK

        TX/RX NO                1149
        RECIPIENT ADDRESS       4023#2072#60089#12129229150
        DESTINATION ID
        ST. TIME                07/17 18:37
        TIME USE                02'33
        PAGES SENT              7
        RESULT                  OK
```

# SEDGWICK
### DETERT, MORAN & ARNOLD LLP

125 Broad Street, 39th Floor
New York, New York 10004-2400
tel: 212.422.0202 fax: 212.422.0925

**Facsimile Transmittal Sheet**

DATE: JULY 17, 2007

TIME: 6:28 PM

NUMBER OF PAGES: 7 (including cover page)

IF ANY PORTION OF THE FOLLOWING DOCUMENT IS ILLEGIBLE OR MISSING, PLEASE CALL
OUR FAX CENTER AT (212) 422-0202 AS SOON AS POSSIBLE.

**TO:**

| Name | Company | Telephone | Facsimile |
|---|---|---|---|
| Abraham Wax, Esq. | Abraham Wax, P.C. | (212) 922-9004 | (212) 922-9150 |

**FROM:**

| | | | |
|---|---|---|---|
| Name: | John T. Seybert | Fax Back Number: | (212) 422-0925 |
| Office: | New York | Our File No.: | 2072-060089 |

**RE:** Caremark Seervices, Inc. v. United Health Care

**MESSAGE:**
Only a copy of the Notice of Removal is attached. All of the referenced copies will follow with the original letter.



125 Broad Street, 39th Floor
New York, New York 10004-2400
Tel: 212.422.0202  Fax: 212.422.0925

www.sdma.com

July 17, 2007

**VIA FACSIMILE & REGULAR MAIL**
Abraham Wax, Esq.
Abraham Wax, P.C.
750 Third Avenue
New York, NY 10017

Re: *Caremark Services, Inc. v. United Health Care*
Civ. Act. No. 07 Civ. 5941 (LTS) (FM)
File No.: 2072-060089

Dear Mr. Wax:

Enclosed is a copy of United HealthCare Insurance Company's Amended Notice of Removal dated and filed in the federal court today. In addition, enclosed is a copy of the Notice of Filing of Amended Notice of Removal filed with the state court and the Notice of Notice of Filing Amended Notice of Removal filed in the federal court today.

In accord with Judge Swain's Individual Practices, we request that you withdraw your motion to remand based upon your claim that the removal occurred more than thirty days from the date of service.

While we dispute that service was properly made on UHI, UHI has recently obtained information sufficient for it to remove this action on diversity of citizenship grounds pursuant to 28 U.S.C. §1332. Plaintiff's Complaint failed to allege with sufficient particularity for UHI to intelligently ascertain the citizenship of the other parties. Subsequently, through independent research, UHI has been able to ascertain that the defendants are of diverse citizenship from plaintiff and none of the defendants are citizens of New York. UHI has amended its original Notice of Removal to remove this action based upon the additional ground of diversity of citizenship pursuant to 28 U.S.C. §1332. The removal is timely for the reasons set forth in the Amended Notice of Removal.

For this reason, your motion to remand is moot, as there is no basis for you to proceed with this motion based upon when UHI was served. We therefore request that you withdraw your motion so that we may proceed with litigating this matter on the merits.

NY/504881v1

New York ■ London ■ San Francisco ■ Zurich ■ Los Angeles ■ Paris ■ Newark ■ Orange County ■ Chicago ■ Dallas

Abraham Wax, Esq.
Re: Caremark Services, Inc. v. United Health Care
July 17, 2007
Page 2

I am available to discuss these issues with you, but I request that you respond or withdraw your motion shortly as our papers are due on July 25, 2007, which is rapidly approaching. If you do not withdraw your motion to remand, we will seek an award of attorney's fees and costs incurred in opposing this motion.

Very truly yours,

John T. Seybert
Sedgwick, Detert, Moran & Arnold LLP

JTS/jts
Enclosures
cc:   Michael H. Bernstein, Esq.

NY/504881v1