# Exhibit A

# HEALTH INSURANCE CLAIM FORM

PLEASE DO NOT STAPLE IN THIS AREA

P.O. Box 30555
Salt Lake City, UT 84130-0555

| Field | Value |
|---|---|
| 1. Program | FECA BLK LUNG (X) |
| 1a. INSURED'S I.D. NUMBER | 8841 |
| 2. PATIENT'S NAME | EVERETT, THOMAS A |
| 3. PATIENT'S BIRTH DATE | 1975, Sex M |
| 4. INSURED'S NAME | EVERETT, DAPHNE |
| 5. PATIENT'S ADDRESS | 96 HART RD |
| CITY / STATE | JUDSONIA, AR |
| ZIP CODE | 72081 |
| 6. PATIENT RELATIONSHIP TO INSURED | Child |
| 17. NAME OF REFERRING PHYSICIAN | BECTON, DAVID |
| 17a. I.D. NUMBER | B89956 |
| 21. DIAGNOSIS | 2861 |

Service line 1:
- Dates of Service: 10 21 05 to 10 21 05
- Place of Service: 12
- CPT/HCPCS: J7195
- Description: ANTI-HEMOPHILIC FACTORS
- Diagnosis Code: 1
- Charges: 80,100.00
- Days/Units: 1
- NDC: 58394000101

| Field | Value |
|---|---|
| 25. FEDERAL TAX I.D. NUMBER | 954855887 SSN |
| 26. PATIENT'S ACCOUNT NO. | 4185597 |
| 27. ACCEPT ASSIGNMENT | YES |
| 28. TOTAL CHARGE | 80100.00 |
| 30. BALANCE DUE | 80100.00 |
| 31. SIGNATURE | Signature on file 6/15/06 |
| 33. PHYSICIAN'S BILLING NAME | ANCILLARY CARE MANAGEMENT, NW 5663, Minneapolis MN 55485 |
| | PIN# 8303 / 507459  GRP# 104310 |

REDACTED

```
M3-02538-004750-EO-06171-K0318-ACN  11K0
```

**REDACTED**

```
12EM 06/20/06432696060   0702497   EVERETT,DAPH   196 HART RD   72081   18-M3
0
```

UNITED HEALTHCARE INSURANCE CO.
GREENSBORO SERVICE CENTER
P O BOX 740800
ATLANTA, GA  30374-0800
PHONE: (866) 204-6096

```
                                                   1 OF 2

                                          DATE: 06/20/06
                                          ID #/SSN: S432696060       -6060
                                          EMPLOYEE: DAPHNE EVERETT
                                          CONTRACT: 0702497
                                          BENEFIT PLAN OF: CINTAS CORPORATION
```

DAPHNE EVERETT
196 HART RD
JUDSONIA AR  72081

SERVICE DETAIL

| PATIENT RELAT CLAIM NUMBER | PROVIDER SERVICE | DATE OF SERVICE | AMOUNT CHARGED | NOT COVERED | AMOUNT ALLOWED | COPAY DEDUCTIBLE | PLAN COVERS | BENEFIT AVAILABLE | REMARK CODE |
|---|---|---|---|---|---|---|---|---|---|
| THOMAS 6931078201 | SP ANCILLARY CARE PRESCRIPTION DRUGS | 10/21/05 TOTAL | 80100.00 80100.00 | 80100.00 80100.00 | | | PLAN PAYS ** PATIENT PAYS | 0.00* 0.00 80100.00 | 07 QN |
| THOMAS 6931078101 | SP ANCILLARY CARE PRESCRIPTION DRUGS | 07/12/05 TOTAL | 80100.00 80100.00 | | 80100.00 80100.00 | | 100% PLAN PAYS ** PATIENT PAYS | 80100.00* 80100.00 80100.00 0.00 | YL |

(*) INDICATES PAYMENT ASSIGNED TO PROVIDER

++ DEFINITION: +PATIENT PAYS+ IS THE AMOUNT, IF ANY, OWED YOUR PROVIDER. THIS MAY INCLUDE AMOUNTS ALREADY PAID TO YOUR PROVIDER AT TIME OF SERVICE.

REMARK CODE(S) LISTED BELOW ARE REFERENCED IN THE +SERVICE DETAIL+ SECTION UNDER THE HEADING +REMARK CODE+
(07) THESE CHARGES ARE FOR SERVICES PROVIDED AFTER THIS PATIENT'S COVERAGE WAS CANCELED. THEREFORE, THEY ARE NOT COVERED.
(QN) YOUR CLAIM MAY HAVE BEEN SEPARATED FOR PROCESSING PURPOSES. ANY ADDITIONAL CHARGES WILL BE PROCESSED AS SOON AS POSSIBLE.
(YL) THIS CLAIM HAS BEEN PROCESSED IN ACCORDANCE WITH THE NEGOTIATED CONTRACT RATE.

BENEFIT PLAN PAYMENT SUMMARY INFORMATION
ANCILLARY CARE    $80100.00

| SATISFIED 2005 TO-DATE | IN NETWORK DEDUCTIBLE | IN NETWORK OUT OF POCKET | OUT OF NETWORK - DEDUCTIBLE | OUT OF NETWORK OUT OF POCKET |
|---|---|---|---|---|
| FAMILY THOMAS  SP | FAMILY: $400.00 INDIV: $200.00 | FAMILY: $400.00 INDIV: $0.00 | FAMILY: $2810.46 INDIV: $1500.00 | FAMILY: $0.00 INDIV: $0.00 | FAMILY: $0.00 INDIV: $0.00 |
| PLAN YEAR 2005 | | FAMILY: $3000.00 INDIV: $1500.00 | | FAMILY: $800.00 INDIV: $400.00 | FAMILY: $6000.00 INDIV: $3000.00 |

A REVIEW OF THIS BENEFIT DETERMINATION MAY BE REQUESTED BY SUBMITTING YOUR APPEAL TO US IN WRITING AT THE FOLLOWING ADDRESS: UNITEDHEALTHCARE APPEALS, P.O. BOX 30432, SALT LAKE CITY, UT 84130-0432. THE REQUEST FOR YOUR REVIEW MUST BE MADE WITHIN 180 DAYS FROM THE DATE YOU RECEIVE THIS STATEMENT. IF YOU REQUEST A REVIEW OF YOUR CLAIM DENIAL, WE WILL COMPLETE OUR REVIEW NOT LATER THAN 30 DAYS AFTER WE RECEIVE YOUR REQUEST FOR REVIEW.

YOU MAY HAVE THE RIGHT TO FILE A CIVIL ACTION UNDER ERISA IF ALL REQUIRED REVIEWS OF YOUR CLAIM HAVE BEEN COMPLETED.

INSURANCE FRAUD ADDS MILLIONS TO THE COST OF HEALTH CARE.  IF SERVICES ARE LISTED WHICH YOU DID NOT RECEIVE OR SERVICE YOU WERE TOLD WOULD BE FREE, CALL (866) 204-6096.

FURTHER EXPLANATION OF BENEFITS INFORMATION IS ON CONTINUATION PAGE(S)

```
M3-02538-004751-EO-06171-K0318-ACN  12K0

22EM 06/20/06432696060    0702497    EVERETT,DAPH    196 HART RD    72081    18-M3

                                                    REDACTED

UNITED HEALTHCARE INSURANCE CO.                              2 OF 2
GREENSBORO SERVICE CENTER
P O BOX 740800                              DATE: 06/20/06
ATLANTA, GA  30374-0800                  ID #/SSN: S432696060             060
PHONE: (866) 204-6096                     EMPLOYEE: DAPHNE EVERETT
                                          CONTRACT: 0702497
                                   BENEFIT PLAN OF: CINTAS CORPORATION

DAPHNE EVERETT
196 HART RD
JUDSONIA AR  72081

                          + + + + + + +

YOU CAN MEET MANY OF YOUR NEEDS ONLINE AT WWW.MYUHC.COM. AT ALMOST ANYTIME DAY OR NIGHT, YOU CAN REVIEW CLAIMS, CHECK
ELIGIBILITY, LOCATE A NETWORK PHYSICIAN, REQUEST AN ID CARD, REFILL PRESCRIPTIONS IF ELIGIBLE, AND MORE+ FOR
IMMEDIATE, SECURE SELF+SERVICE, VISIT WWW.MYUHC.COM.

HOW TO REGISTER+
YOU CAN REGISTER AND BEGIN USING MYUHC IN THE SAME SESSION. ACCESS WWW.MYUHC.COM TO REGISTER. THE INFORMATION REQUIRED
IS ON YOUR INSURANCE ID CARD (FIRST NAME, LAST NAME, MEMBER ID, GROUP NUMBER AND DATE OF BIRTH).

                          + + + + + + +

MAINTAINING THE PRIVACY AND SECURITY OF INDIVIDUALS+ PERSONAL INFORMATION IS VERY IMPORTANT TO US AT UNITEDHEALTHCARE.
TO PROTECT YOUR PRIVACY, WE HAVE IMPLEMENTED STRICT CONFIDENTIALITY PRACTICES. THESE PRACTICES INCLUDE THE ABILITY TO
USE A UNIQUE INDIVIDUAL IDENTIFIER. YOU MAY SEE THE UNIQUE INDIVIDUAL IDENTIFIER ON UNITEDHEALTHCARE CORRESPONDENCE,
INCLUDING MEDICAL ID CARDS (IF APPLICABLE), LETTERS, EXPLANATION OF BENEFITS (EOBS) AND PROVIDER REMITTANCE ADVICES
(PRAS). IF YOU HAVE ANY QUESTIONS ABOUT THE UNIQUE INDIVIDUAL IDENTIFIER OR ITS USE, PLEASE CONTACT YOUR CUSTOMER CARE
PROFESSIONAL AT THE NUMBER SHOWN AT THE TOP OF THIS STATEMENT.
         ********** END OF DOCUMENT **********
```