

"A New Tradition in Service"

522656

**SUPREME COURT OF NEW YORK**
**COUNTY OF NEW YORK**

INDEX NO: 601552/07
EPS NO: 510798

CAREMARK, INC., D/B/A CAREMARK THERAPEUTIC SERVICES

Plaintiff(s)

- against -

UNITED HEALTH CARE, ANCILLARY CARE MANAGEMENT, THE CINTAS CORPORATION HEALTH PLAN

Defendant(s)

**AFFIDAVIT OF DUE DILIGENCE**
8/1/2007

Prepared for the law firm of:
**ABRAHAM WAX, PC**

**STATE OF NEW YORK, COUNTY OF QUEENS: SS:**

I, CHARLES F. MON, an independent process server utilized by Elite Process Servers, Inc., with its principal place of business located at 88-08 Little Neck Pkwy, Floral Pk., N.Y. 11001, being duly sworn deposes and says that:

That I was instructed to effect service of the SUMMONS & VERIFIED COMPLAINT according to the C.P.L.R. on UNITED HEALTH CARE at , 2 PENN PLAZA, NEW YORK, NY 10121, 7TH FLOOR.

In my attempt to effect service on defendant I visited the address stated on the action and was unable with proper due diligence to serve UNITED HEALTH CARE.
ON MAY 22, 2007 AT 11:07AM THE DEPONENT ATTEMPTED SERVICE UPON THE ABOVE DEFENDANT AT THE ABOVE ADDRESS. THE DEPONENT SPOKE WITH THE DOORMAN, WHO STATED THE DEFENDANT IS NOT AT THIS LOCATION AND THAT THEY ARE LOCATED AT ONE PENN PLAZA, NEW YORK, NY.

SWORN TO BEFORE ME THIS 8/1/2007

| LUIS A CRESPO | KEVIN T. MACTIERNAN | ARTAK RAEVSKY | LORRE A DUNNE |
|---|---|---|---|
| Commissioner of Deeds | NOTARY PUBLIC-STATE OF NEW YORK | NOTARY PUBLIC-STATE OF NEW YORK | NOTARY PUBLIC-STATE OF NEW YORK |
| City of New York No. 4-4920 | No. 01MA6108632 | No. 01RA6123189 | No 01DU8016358 |
| Certificate Filed in Queens County | Qualified in Nassau County | Qualified in Queens County | Qualified in Queens County |
| Commission Expires Aug. 1, 2009 | Commission Expires 4/19/2008 | Commission Expires 2/28/2009 | Commission Expires 11/16/2010 |

NP

**ELITE PROCESS SERVERS * 88-08 Little Neck Parkway, Floral Park, NY 11001**