**UnitedHealthcare**

Find a Broker | Get a Quote | Find a Physician

Home > Contact Us

## Contact Us

Please select your state from the drop-down menu.

State: [New York] [GO]

### Contact Information

**Main**

**New York Main-Upstate**
Address: 5015 Campuswood Drive, Suite 303, East Syracuse, NY 13057
Main Phone: (315) 433-5700
Toll Free Phone: (800) 362-0655

**New York Main-Upstate**
Address: 5015 Campuswood Drive, Suite 303, East Syracuse, NY 13057
Main Phone: (315) 433-5700
Toll Free Phone: (800) 339-5380

**New York Main-Metro**
Address: 2 Penn Plaza, 7th Floor, New York, NY 10121
Main Phone: (212) 216-6400
Toll Free Phone: (800) 942-4640

**Customer Service**

**New York - Healthy NY**
Address: NY
Toll Free Phone: 1-866-223-5802

**Network Management**

**New York Network Management-Upstate**
Address: 5015 Campuswood Drive, Suite 303, East Syracuse, NY 13057
Toll Free Phone: (800) 638-8075

**New York Network Management-Metro**
Address: 1 Penn Plaza, 8th Floor, New York, NY 10119
Toll Free Phone: (800) 638-8075

About Us | News Room | Contact Us | Site Map | Legal | Privacy        © 2007 United HealthCare Services, Inc.