

# Company Detail

Company Search  NAIC#: 60093   Search

Save As

NAIC#: 60093  DOM:    NY   Group:   UnitedHealth Group   Phone:    877-832-7734
CPAF: 3028    ORG:    AH   Group#:  707                  Spl Risk:
DMV#:         Website: http://www.unitedhealthgroup.com  Licensed Dt:  09/20/1995

**United HealthCare Insurance Company of New York**
**2950 Express Drive South**
**Suite 240**
**Islandia, NY 11749-1412**

*Company History:*
MetraHealth Insurance Company of New York

Change Dt
12/31/1996

*Current Writing Powers:*

| NYS Insurance Law Section | Line of Business Code | Description |
|---|---|---|
| 1113(a) | 3 | accident and health |

aepsrvrprd  *PRIVACY POLICY* | ACCESSIBILITY | DISCLAIMER