

# State of Delaware
## The Official Website for the First State



Visit the Governor | General Assembly | Courts | Other Elected Officials | Federal, State & Loca

State Directory | Help | Search Delaware : [    ] Go      Citizen Services | Business Services | Visi

**Department of State: Division of Corporations**

- HOME
- About Agency
- Secretary's Letter
- Newsroom
- Frequent Questions
- Related Links
- Contact Us
- Office Location

**SERVICES**
- Pay Taxes
- File UCC's
- Delaware Laws Online
- Name Reservation
- General Information
- Status
- Validate Certificate

**INFORMATION**
- Corporate Forms
- Corporate Fees
- UCC Forms and Fees
- UCC Searches
- Taxes
- Expedited Services
- Service of Process
- Registered Agents
- Get Corporate Status
- Submitting a Request

Frequently Asked Questions   View Search Results

## Entity Details

**THIS IS NOT A STATEMENT OF GOOD STANDING**

| | | | |
|---|---|---|---|
| File Number: | 3379120 | Incorporation Date / Formation Date: | 04/09/2001 (mm/dd/yyyy) |
| Entity Name: | ANCILLARY CARE MANAGEMENT, INC. | | |
| Entity Kind: | CORPORATION | Entity Type: | GENERAL |
| Residency: | DOMESTIC | State: | DE |

**REGISTERED AGENT INFORMATION**

| | | | |
|---|---|---|---|
| Name: | NATIONAL REGISTERED AGENTS, INC. | | |
| Address: | 160 GREENTREE DRIVE SUITE 101 | | |
| City: | DOVER | County: | KENT |
| State: | DE | Postal Code: | 19904 |
| Phone: | (302)674-4089 | | |

Additional Information is available for a fee. You can retrieve Status for a fee of $10.00 or more detailed information including current franchise tax assessment, current filing history and more for a fee of $20.00.

Would you like  ○ Status  ○ Status,Tax & History Information   Submit

Back to Entity Search

To contact a Delaware Online Agent click here.

site map | about this site | contact us | translate | delaware.gov