

# State of Delaware
### The Official Website for the First State



Visit the Governor | General Assembly | Courts | Other Elected Officials | Federal, State & Loca
State Directory | Help | Search Delaware :                      Citizen Services | Business Services | Visi

**Department of State: Division of Corporations**

| | |
|---|---|
| HOME | Frequently Asked Questions    View Search Results |
| About Agency | |
| Secretary's Letter | |
| Newsroom | Entity Details |
| Frequent Questions | |
| Related Links | THIS IS NOT A STATEMENT OF GOOD STANDING |
| Contact Us | |
| Office Location | |

| | | | | |
|---|---|---|---|---|
| | File Number: | 2043426 | Incorporation Date / Formation Date: | 09/05/1984 (mm/dd/yyyy) |
| SERVICES | | | | |
| Pay Taxes | | | | |
| File UCC's | Entity Name: | CAREMARK, INC. | | |
| Delaware Laws Online | | | | |
| Name Reservation | | | | |
| General Information | Entity Kind: | CORPORATION | Entity Type: | GENERAL |
| Status | | | | |
| Validate Certificate | Residency: | DOMESTIC | State: | DE |

**REGISTERED AGENT INFORMATION**

INFORMATION
Corporate Forms
Corporate Fees
UCC Forms and Fees
UCC Searches
Taxes
Expedited Services
Service of Process
Registered Agents
Get Corporate Status
Submitting a Request

| | | | |
|---|---|---|---|
| Name: | THE CORPORATION TRUST COMPANY | | |
| Address: | CORPORATION TRUST CENTER 1209 ORANGE STREET | | |
| City: | WILMINGTON | County: | NEW CASTLE |
| State: | DE | Postal Code: | 19801 |
| Phone: | (302)658-7581 | | |

Additional Information is available for a fee. You can retrieve Status for a fee of $10.00 or more detailed information including current franchise tax assessment, current filing history and more for a fee of $20.00.
Would you like  ◯ Status   ◯ Status,Tax & History Information   [Submit]

[Back to Entity Search]

To contact a Delaware Online Agent click here.

site map   |   about this site   |   contact us   |   translate   |   delaware.gov

*B*