

## California Business Portal
### Secretary of State DEBRA BOWEN

**DISCLAIMER:** The information displayed here is current as of AUG 24, 2007 and is updated weekly. It is not a complete or certified record of the Corporation.

### Corporation

**CAREMARK RX, INC.**

**Number:** C1953870    **Date Filed:** 11/28/1995    **Status:** active

**Jurisdiction:** DELAWARE

### Address

211 COMMERCE ST STE 800

NASHVILLE, TN 37201

### Agent for Service of Process

CORPORATION SERVICE COMPANY WHICH WILL DO BUSINESS IN CALIFORNIA AS CSC - LAWYERS INCORPORATING SERVICE

PO BOX 526036

SACRAMENTO, CA 95852

Blank fields indicate the information is not contained in the computer file.

If the status of the corporation is "Surrender", the agent for service of process is automatically revoked. Please refer to California Corporations Code Section 2114 for information relating to service upon corporations that have surrendered.

D