| | |
|---|---|
| Subj: | |
| Date: | 8/29/2007 3:23:33 PM Eastern Standard Time |
| From: | Lloyd.Fiorini@caremark.com |
| To: | abew9@aol.com |

----- Original Message -----
From: Fiorini, Lloyd
To: 'ABEWMAIL@aol.com' <ABEWMAIL@aol.com>
Sent: Wed Aug 29 11:11:12 2007
Subject: RE:

Abe,

I did some research. Caremark Therapeutic Services was a division of Caremark Inc. It was not a formal "d/b/a". Here is a description that we are comfortable with.

"Caremark Inc., a California corporation, did business as Caremark Therapeutic Services. On April 30, 2007, Caremark Inc. was converted to Caremark, LLC, a California limited liability company. Caremark, LLC, is a wholly owned subsidiary of Caremark International, LLC, a Delaware corporation, and an indirect wholly owned subsidiary of Caremark Rx, LLC, a Delaware limited liability company. Caremark Inc., a California corporation, operated through its division Caremark Therapeutics Services. On April 30, 2007, Caremark Inc. was converted to Caremark, LLC, a California limited liability company. Caremark, LLC, is a wholly owned subsidiary of Caremark International, LLC, a Delaware corporation, and indirect wholly owned subsidiary of Caremark Rx, LLC, a Delaware limited liability company."

Please do not hesitate to contact me if you have any questions.

Regards,

Lloyd

Lloyd Fiorini

Senior Legal Counsel

Assistant Managing Counsel

CVS Caremark| Caremark

2211 Sanders Road, NBT-10

Northbrook, IL 60062

(847) 559-4732 (office)

(847) 559-4790 (fax)