Assistant Managing Counsel
CVS Caremark| Caremark
2211 Sanders Road, NBT-10
Northbrook, IL 60062
(847) 559-4732 (office)
(847) 559-4790 (fax)
lloyd.fiorini@caremark.com

---

**From:** Fiorini, Lloyd
**Sent:** Monday, August 27, 2007 4:47 PM
**To:** Pavlakis, George; 'ABEWMAIL@aol.com '
**Subject:** Caremark LLC

Abe,

I wanted to provide you the information you requested relating to Caremark, LLC.  As you know Caremark, LLC is a California limited liability company.  The sole member for Caremark, LLC is Caremark International, LLC, which is a Delaware limited liability company.  Caremark International, LLC is an subsidiary of Caremark Rx, LLC.

As you may know, Caremark, LLC is an indirect subsidiary of Caremark Rx, LLC, which is a Delaware limited liability company.

Please let me know if you have any additional questions.

Regards,

Lloyd

Lloyd Fiorini
Senior Legal Counsel
 Assistant Managing Counsel
CVS Caremark| Caremark
2211 Sanders Road, NBT-10
Northbrook, IL 60062
(847) 559-4732 (office)
(847) 559-4790 (fax)
lloyd.fiorini@caremark.com

---

**From:** Pavlakis, George
**Sent:** Friday, August 24, 2007 4:05 PM
**To:** Fiorini, Lloyd
**Subject:** FW: (no subject)

Lloyd, can you help Abe out with this.

George

**From:** ABEWMAIL@aol.com [mailto:ABEWMAIL@aol.com]
**Sent:** Friday, August 24, 2007 3:52 PM
**To:** Manschula, Dena
**Subject:** Re: (no subject)

I need answers to the following:

Caremark LLC -

1. who organized it.

2. Who are the "members", or "partners"?

3. Caremark RX Inc. owned it. Does it now "own" it as Caremark RX LLC?

4. Any other information they can give me as to the ownership or partnership structure.

Abe

---

Get a sneak peek of the all-new AOL.com.