Exhibit 1

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
CAREMARK THERAPEUTIC SERVICES,                  :
                                                :
                    Plaintiff,                  :
                                                :
            v.                                  :     Civil Action No. 05-Civ-00728
                                                :
                                                :     ECF Case
MICHAEL O. LEAVITT, SECRETARY OF THE            :
DEPARTMENT OF HEALTH AND HUMAN                  :
SERVICES AND THE CENTERS FOR                    :     **DECLARATION OF RACHEL H.**
MEDICARE & MEDICAID SERVICES,                   :     **PARK**
                                                :
                    Defendants.                 :
------------------------------------------------------------- x

Rachel H. Park, pursuant to 28 U.S.C. § 1746, declares under penalty of perjury as

follows:

1.      I am an Assistant Regional Counsel for the United States Department of Health

and Human Services, an executive agency of the United States of America (the "Government").

I am familiar with this matter and all the facts stated herein. I make this declaration in support of

the Government's motion to dismiss plaintiff's complaint for improper venue and lack of subject

matter jurisdiction.

2.      Attached hereto as Exhibit A is a true and correct copy of Plaintiff Caremark

Therapeutic Services' Federal Health Care Provider/Supplier Enrollment Application ("the

Application"), dated October 28, 2004. The Application states that plaintiff is incorporated in

California. Exh. A, at 9. The Application states that Medicare can contact the supplier at an

address in Los Angeles, California, and lists plaintiff's practice location as Redlands, California.

Exh. A, at 11, 17. The Application also states that Caremark RX, Inc., and Caremark

International, Inc., owners with managing control of Caremark Therapeutic Services, are located

in Nashville Tennessee, and Northbrook, Illinois, respectively. Exh. A, at 25. In addition an

excerpt from Caremark's website, www.caremark.com, which is attached hereto as Exhibit B,

contains a list of Caremark's campus locations. According to this list, none of Caremark's

locations are in New York.

Dated: New York, New York
     April 21 , 2005

                                RACHEL H. PARK

**EXHIBIT A**

OMB Approval No. 0938-0685

## MEDICARE FEDERAL HEALTH CARE PROVIDER/SUPPLIER ENROLLMENT APPLICATION

### Application for Health Care Suppliers that will Bill Medicare Carriers

## General Instructions

The Medicare Federal Health Care Provider/Supplier Enrollment Application has been designed by the Centers for Medicare & Medicaid Services (CMS) to assist in the administration of the Medicare program and to ensure that the Medicare program is in compliance with all regulatory requirements. The information collected in this application will be used to ensure that payments made from the Medicare trust fund are only paid to qualified health care suppliers, and that the amounts of the payments are correct. This information will also identify whether the supplier is qualified to render health care services to Medicare beneficiaries. To accomplish this, Medicare must know basic identifying and qualifying information about the supplier that is seeking billing privileges in the Medicare program. If enrolling in the Medicare program as a supplier of durable medical equipment, prosthetics, orthotics, and supplies (DMEPOS) do not complete this application. DMEPOS suppliers should contact the National Supplier Clearinghouse (NSC) at 803-754-3951 to obtain a CMS 855S for Medicare enrollment.

Medicare needs to know: (1) the type of health care supplier enrolling, (2) what qualifies this supplier to furnish health care related services, (3) where and how this supplier intends to render these services, and (4) those persons or entities with an ownership interest, or managerial control, as defined in this application, over the supplier.

This application **MUST** be completed in its entirety, unless the appropriate box is checked to indicate the section does not apply or when reporting a change to previously submitted information. If a section does not apply to this supplier, check (√) the appropriate box in that section and skip to the next section. Sections 7, 11, and 12 have been deliberately omitted from this application because they are not applicable to the enrollment of suppliers that bill Medicare carriers.

| 1.  General Application Information |
|---|
| This section is to be completed with general information as to why this application is being submitted and whether this supplier currently has a business relationship with Medicare or any another Federal health care program. **To ensure timely processing of this application, Numbers 1, 2 and 3 below MUST ALWAYS be completed.** |
| A.  Reason for Submittal of this Application |

| 1. | Check one: | ☐ Initial Enrollment          ☐ Reactivation |
|---|---|---|
| | | ☒ Change of Information (Check appropriate Section(s) below and furnish this supplier's Medicare Identification Number here):    FP0591796 |
| | | ☒1  ☒2  ☒3  ☒4  ☒5  ☒6  ☐8  ☐9  ☐10  ☒13  ☒15  ☒16 Attachment 1 - ☐1  ☐2  ☐3  ☐4  ☐5  ☐6    Attachment 2 - ☐1  ☐2  ☐3  ☐4 |
| | | ☐ Voluntary Termination of Billing Number—Effective Date (MM/DD/YYYY): _____ |
| | | ☐ Change of Ownership (Hospitals, Portable X-Ray Facilities, and Ambulatory Surgical Centers) - **Only** |

| 2. | Tax Identification Number: ████████ |
|---|---|

| 3. | Is this supplier currently enrolled in the Medicare program?    ☒ YES  ☐ NO IF YES, furnish the following information about the current carrier: |
|---|---|
| Current Carrier Name:    NHIC          Current Medicare Identification Number:    FP0591796 |

REDACTED

CA
CMS 855B (11/2001)

## 2. Supplier Identification

This section is to be completed with information specifically related to the supplier submitting this application. Furnish the following information about the supplier: (1) supplier type, (2) supplier name, and (3) the mailing address and telephone number where Medicare can contact the supplier directly.

| A. Type of Supplier | ☐ Change | Effective Date: |
|---|---|---|

The supplier must meet all Medicare requirements for the type of supplier checked below. If this supplier is a single specialty clinic/group practice, the specialty must be reported. Submit copies of all required licenses, certifications, and registrations with this application.

1. Type of Supplier (Check one):

☐ Ambulance Service Supplier
☐ Ambulatory Surgical Center
☐ Diagnostic Radiology Group Practice/Clinic
☐ Hospital Department(s), Hospital Outpatient Location(s) and/or Hospital Clinic(s) (complete # 4 below)
☐ Independent Clinical Laboratory (CLIA)
☐ Independent Diagnostic Testing Facility (IDTF)
☐ Mammography Screening Center
☐ Managed Care Plan (non-Medicare +Choice)
☐ Mass Immunization Roster Biller Only
☐ Medicare +Choice Organization
☐ Medical Faculty Practice Plan:
  See instructions for specific documentation requirements

☐ Multi-Specialty Clinic or Group Practice
☐ Occupational Therapy Group (complete # 2 below)
☐ Other Medical Care Group
☐ Physical Therapy Group (complete # 2 below)
☐ Physiotherapy Group
☐ Portable X-ray Facility
☐ Public Health/Welfare Agency
☐ Voluntary Health/Charitable Agency
☐ *Single-Specialty Clinic/Group Practice:
  *Specify group/clinic specialty below:

_____

☒ Other (Specify): **Pharmacy**

2. PT/OT Groups ONLY - All occupational and physical therapy groups must answer the following questions:
a) Are all of the group's PT/OT services only rendered in patients' homes?          ☐ YES ☐ NO
b) Does this group maintain private office space?                                    ☐ YES ☐ NO
c) Does this group own, lease, or rent its private office space?                     ☐ YES ☐ NO
d) Is this private office space used exclusively for the group's private practice?   ☐ YES ☐ NO
e) Does this group furnish PT/OT services outside of its office and/or patients' homes? ☐ YES ☐ NO
  IF YES, provide a copy of the lease agreement which gives the group exclusive use of the facility for PT/OT services.

3. Will this supplier be receiving reassigned benefits from individual practitioners?   ☐ YES ☒ NO
  IF YES, submit a CMS 855R for each individual practitioner who will be reassigning benefits to this supplier.

4. Hospitals Only - If this supplier is a hospital applying for a billing number(s) for Part B practitioner services, check the appropriate box below. See instructions before completing this section.

☐ Single billing number for all departments          ☐ Separate billing number for each department listed below

____**N/A**____          _____          _____

_____          _____          _____

_____          _____          _____

| B. Supplier Identification Information | ☐ Change | Effective Date: |
|---|---|---|

Furnish the supplier's legal business name (as reported to the IRS), "doing business as" name (name supplier generally known by to the public), and the various operating dates and places of formal business registration and/or incorporation.

| 1. Legal Business Name as Reported to the IRS<br>**Caremark, Inc.** | Date Business Started (MM/DD/YYYY)<br>**06/12/1979** |
|---|---|
| 2. "Doing Business As" (DBA) Name (if applicable)<br>*Caremark (Federally Registered Trademark)* | County/Parish where DBA Name Registered (if applicable) *N/A* |
| 3. Identify the type of organizational structure for this supplier (Check one):<br>☒ Corporation ☐ Partnership ☐ Other (Specify): | |
| 4. Incorporation Date (if applicable) (MM/DD/YYYY)<br>**06/12/1979** | State where Incorporated (if applicable)<br>**California** |

CMS 855B (11/2001)

OMB Approval No. 0938-068

---

**2. Supplier Identification (Continued)**

| C. Correspondence Address | ☐ Change | Effective Date:_____ |

This must be an address and telephone number where Medicare can <u>contact this supplier directly.</u>

Mailing Address Line 1
Dept. 6175

Mailing Address Line 2

| City Los Angeles | State CA | ZIP Code + 4 ' 90088-6175 |

| Telephone Number (800) 225-5967 | (Ext.) (  ) | Fax Number (if applicable) (909) 799-4364 | E-mail Address (if applicable) |

| D. Accreditation (Ambulatory Surgical Centers (ASCs) ONLY) | ☐ Change | Effective Date:_____ |

1. Is this supplier accredited?      N/A      ☐ YES ☐ NO
   IF YES, complete the following:                    ☐ PENDING
2. Date of Accreditation (MM/DD/YYYY):_____
3. Name of Accrediting Body:_____

**E. Comments**

Explain any unique or unusual circumstances concerning the supplier's practice location(s), the method by which the supplier renders health care services, or any special billing number requirements.

CMS 855B (11/2001)

OMB Approval No. 0938

## 3. Adverse Legal Actions and Overpayments

This section is to be completed with information concerning any adverse legal actions and/or overpayments that have l imposed or levied against this supplier (see Table A below for list of adverse actions that must be reported).

**A. Adverse Legal History**    ☐ Change    Effective Date: _____

1. Has this supplier, under any current or former name or business identity, <u>ever</u> had any of the adverse legal act listed in Table A below imposed against it?    ☑ YES ☐ N

2. IF YES, report each adverse legal action, when it occurred, the law enforcement authority/court/administrative body imposed the action, and the resolution. Attach a copy of the adverse legal action documentation(s) and resolution(s

| Adverse Legal Action: | Date: | Law Enforcement Authority: | Resolution: |
|---|---|---|---|
| **PLEASE SEE ATTACHED OIG STATEMENT** | | | |

---

**Table A**

1) Any felony or misdemeanor conviction, under Federal or State law, related to: (a) the delivery of an item or service un Medicare or a State health care program, or (b) the abuse or neglect of a patient in connection with the delivery of a hea care item or service.

2) Any felony or misdemeanor conviction, under Federal or State law, related to theft, fraud, embezzlement, breach fiduciary duty, or other financial misconduct in connection with the delivery of a health care item or service.

3) Any felony or misdemeanor conviction, under Federal or State law, relating to the interference with or obstruction of a investigation into any criminal offense described in 42 C.F.R. Section 1001.101 or 1001.201.

4) Any felony or misdemeanor conviction, under Federal or State law, relating to the unlawful manufacture, distribut prescription, or dispensing of a controlled substance.

5) Any revocation or suspension of a license to provide health care by any State licensing authority. This includes surrender of such a license while a formal disciplinary proceeding was pending before a State licensing authority.

6) Any revocation or suspension of accreditation.

7) Any suspension or exclusion from participation in, or any sanction imposed by, a Federal or State health care progra or any debarment from participation in any Federal Executive Branch procurement or non-procurement program.

8) Any current Medicare payment suspension under any Medicare billing number.

**Note: All applicable adverse legal actions must be reported, <u>regardless</u> of whether any records were expunged or any appeals are pending.**

---

**B. Overpayment Information**    ☐ Change    Effective Date: _____

1. Does this supplier, under any current or former name or business identity, have any outstanding Medica overpayments? -    ☐ YES ☒ NO

2. IF YES, furnish the name and account number under which the overpayment(s) exists.

Name under which the overpayment occurred:    Account number under which the overpayment exists:

**\*OTHER THEN ROUTINE REFUNDS MADE IN THE NORMAL COURSE OF BUSINESS**

CMS 855B (11/20(

OMB Approval No. 0938

## 4. Current Practice Location(s)

This section is to be completed with information about the physical location(s) where this supplier currently renders health care services. If this supplier operates a mobile facility or portable units, furnish the address for the "Base of Operation" as well as vehicle information and the geographic area served by these facilities or units. In addition, cite where the supplier wants its payments sent, and where the supplier maintains patients' medical records. If there is more than one practice location, copy and complete this section for each.

**A. Practice Location Information**  ☐ Add  ☐ Delete  ☐ Change  **Effective Date:** _08/01/1993_

| 1. Practice Location Name  Caremark, Inc. | Date Started at this Location (MM/DD/YYYY) |
|---|---|

2. Practice Location Address Line 1
1127 Bryn Mawr Avenue

Practice Location Address Line 2

| City  Redlands | County/Parish  San Bernardino | State  CA | ZIP Code + 4  92374-4558 |
|---|---|---|---|

| Telephone Number  ( 909) 796-7171 | (Ext.)  ( ) | Fax Number (if applicable)  (800) 976-8717 | E-mail Address (if applicable) |
|---|---|---|---|

| 3.  Does this supplier own/lease this practice location? | ☒ YES ☐ NO |
|---|---|

| 4. Is this practice location a: | | |
|---|---|---|
| | hospital? | ☐ YES ☒ NO |
| | retirement/assisted living community? | ☐ YES ☒ NO |
| | group practice office/clinic | ☐ YES ☒ NO |
| | other health care facility? (Specify): _Pharmacy_ | ☒ YES ☐ NO |

| 5.  CLIA Number for this location (if applicable)  N/A | FDA/Radiology (Mammography) Certification Number(s) for this location (if applicable)  N/A |
|---|---|

**B.  Mobile Facility and/or Portable Units**  ☐ Change  _N/A_  **Effective Date:** _____

Does this supplier furnish health care services from a mobile facility or portable unit?  ☐ YES ☒ NO
IF YES, use Sections 4C through 4E to furnish information about the mobile/portable services.
IF NO, proceed to Section 4F (Medicare Payment "Pay To" Address).

**C.  Base of Operations Address**  ☐ Add  ☐ Delete  ☐ Change  **Effective Date:** _____

The base of operations is the location from where personnel are dispatched, where mobile/portable equipment is stored and, when applicable, where vehicles are parked when not in use. See instructions for further examples.
**Check here ☐ and skip to Section 4D if the "Base of Operations" address is the same as the "Practice Location."**

| 1.  Base of Operations Name  N/A | Date Started at this Location (MM/DD/YYYY) |
|---|---|

2.  Street Address Line 1

Street Address Line 2

| City | County/Parish | State | ZIP Code + 4 |
|---|---|---|---|

| Telephone Number  ( ) | (Ext.)  ( ) | Fax Number (if applicable)  ( ) | E-mail Address (if applicable) |
|---|---|---|---|

**D.  Vehicle Information**  ☐ Add  ☐ Delete  ☐ Change  **Effective Date:** _____

If the mobile health care services are rendered inside a vehicle, such as a mobile home or trailer, furnish the following vehicle information. See the instructions for a full explanation of the types of vehicles that need to be reported. If more than three vehicles are used, copy and complete this section as needed.

| 1.  Type of Vehicle (van, mobile home, trailer, etc.)  N/A | Vehicle Identification Number |
|---|---|
| 2.  Type of Vehicle (van, mobile home, trailer, etc.) | Vehicle Identification Number |
| 3.  Type of Vehicle (van, mobile home, trailer, etc.) | Vehicle Identification Number |

**Note: For each vehicle, a copy of all health care related permits/licenses/registrations MUST be submitted.**

17

CMS 855B (11/2001)

OMB Approval No. 0938-

## 4. Practice Location (Continued)

**E.  Geographic Location where the Base of Operations and/or Vehicle Renders Services**

N/A    ☐ Add    ☐ Delete    Effective Date:_____

Furnish the county/parish, city, State and ZIP Code for all locations where mobile and/or portable services are rendered.

Note: If this supplier renders mobile health care services in more than one State, and those States are served by different Medicare contractors, a separate CMS 855B enrollment application must be completed for each Medicare contractor jurisdiction.

1.  Initial Reporting and/or Additions:   N/A

| County/Parish: | City: | State: | ZIP Code(s): |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

2.  Deletions:   N/A

| County/Parish: | City: | State: | ZIP Code(s): |
|---|---|---|---|
| | | | |
| | | | |

**F.  Medicare Payment "Pay To" Address**   ☐ Change   Effective Date:_____

Furnish the address where payment should be sent for services rendered at the practice location(s) in Section 4A or 4C.

"Pay To" Address Line 1   Dept. 6175

"Pay To" Address Line 2

| City | State  CA | ZIP Code + 4  90088-6175 |
|---|---|---|
| Los Angeles | | |

Check here ☐ and complete and submit Form HCFA-588 with this application if the supplier would like its payments electronically transferred to its bank account.

**G.  Location of Patients' Medical Records**   ☐ Add   ☐ Delete   ☐ Change   Effective Date:_____

1.  Check here ☒ if all patients' medical records are stored at the location shown in Section 4A or 4C, and skip this section.

2.  If any of the patients' medical records are stored at a location other than the location shown in Section 4A or 4C, complete this section with the name and address of the storage location.

Name of Storage Facility/Location

Storage Facility Address Line 1

Storage Facility Address Line 2

| City | State | ZIP Code + 4 |
|---|---|---|
| | | |

**H.  Comments**

Explain any unique or unusual circumstances concerning the supplier's practice location(s) or the method by which the supplier renders health care services.

        CMS 855B (11/2001)

OMB Approval No. 0938-

## 5. Ownership Interest and/or Managing Control Information (Organizations)

This section is to be completed with information about all organizations that have 5% or more (direct or indirect) ownership interest of, any partnership interest in, and/or managing control of, the supplier identified in Section 2B, as well as information on adverse legal actions that have been imposed against that organization. See instructions for examples organizations that should be reported here. If there is more than one organization, copy and complete this section for each

**A.** Check here ☐ if this section does not apply and skip to Section 6.

**B.** Organization with Ownership Interest and/or Managing Control—Identification information

☐ Add ☐ Delete ☐ Change       Effective Date:_____

| | | |
|---|---|---|
| 1. Check all that apply: | ☒ 5% or more Ownership interest<br>☒ Managing Control          ☐ Partner | Effective Date of Ownership<br>(MM/DD/YYYY) |
| 2. Legal Business Name<br>   CAREMARK RX, INC. | | Effective Date of Control<br>(MM/DD/YYYY) 11/29/1995 |
| 3. "Doing Business As" Name (if applicable) | | Tax Identification Number ▓▓▓▓▓ |
| 4. Business Address Line 1<br>   211 COMMERCE ST. | | Medicare Identification Number(s) (if applicable) |

Business Address Line 2
SUITE 800

| City | State | ZIP Code + 4 |
|---|---|---|
| NASHVILLE | TN | 37201-1817 |

**C.** Adverse Legal History       ☐ Change       ☐ Effective Date:_____

This section is to be completed only if the organization in Section 5B above is a 5% or greater owner (direct or indirect) of the supplier identified in Section 2B, or has a partnership interest in the supplier identified in Section 2B.

1. Has the organization in Section 5B above, under any current or former name or business identity, ever had any of the adverse legal actions listed in Table A in Section 3A imposed against it?  ☐ YES ☒ NO

2. IF YES, report each adverse legal action, when it occurred, the law enforcement authority/court/administrative body that imposed the action, and the resolution. Attach a copy of the adverse legal action documentation(s) and resolution(s).

| Adverse Legal Action: | Date: | Law Enforcement Authority: | Resolution: |
|---|---|---|---|
| N/A | | | |
| | | | |
| | | | |

REDACTED

       CMS 855B (11/2001)

OMB Approval No. 0938-068

## 5. Ownership Interest and/or Managing Control Information (Organizations)

This section is to be completed with information about all organizations that have 5% or more (direct or indirect) ownership interest of, any partnership interest in, and/or managing control of, the supplier identified in Section 2B, as well as any information on adverse legal actions that have been imposed against that organization. <u>See instructions for examples of organizations that should be reported here.</u> If there is more than one organization, copy and complete this section for each.

**A.** Check here ☐ if this section does not apply and skip to Section 6.

**B.** Organization with Ownership Interest and/or Managing Control—Identification Information

☐ Add          ☐ Delete          ☐ Change          Effective Date: _____

| 1. Check all that apply: | ☒ 5% or more Ownership Interest<br>☒ Managing Control    ☐ Partner | Effective Date of <u>Ownership</u><br>(MM/DD/YYYY) |
|---|---|---|
| 2. Legal Business Name<br>CAREMARK INTERNATIONAL  INC. | | Effective Date of <u>Control</u><br>(MM/DD/YYYY) 08/07/1992 |
| 3. "Doing Business As" Name (if applicable) | | Tax Identification Number<br>████████ |
| 4. Business Address Line 1<br>2211 SANDERS RD. | | Medicare Identification Number(s) (if applicable) |
| Business Address Line 2 | | |

| City<br>NORTHBROOK | State<br>IL | ZIP Code + 4<br>60062-6150 |
|---|---|---|

**C.** Adverse Legal History          ☐ Change          ☐ Effective Date: _____

This section is to be completed <u>only</u> if the organization in Section 5B above is a 5% or greater <u>owner</u> (direct or indirect) of the supplier identified in Section 2B, or has a <u>partnership</u> interest in the supplier identified in Section 2B.

1. Has the organization in Section 5B above, under any current or former name or business identity, <u>ever</u> had any of the adverse legal actions listed in Table A in Section 3A imposed against it?          ☐ YES ☒ NO

2. IF YES, report each adverse legal action, when it occurred, the law enforcement authority/court/administrative body that imposed the action, and the resolution. Attach a copy of the adverse legal action documentation(s) and resolution(s).

| Adverse Legal Action: | Date: | Law Enforcement Authority: | Resolution: |
|---|---|---|---|
| N/A | | | |
| | | | |
| | | | |

REDACTED

OMB Approval No. 0938-06

## 6. Ownership Interest and/or Managing Control Information (Individuals)

This section is to be completed with information about any individual that has a 5% or greater (direct or indirect) ownership interest in, or any partnership interest in, the supplier identified in Section 2B. All officers, directors, and managing employees of the supplier must also be reported in this section. In addition, any information on adverse legal actions that have been imposed against the individuals reported in this section must be furnished. If there is more than one individual, copy and complete this section for each.

**A.   Individual with Ownership Interest and/or Managing Control—Identification Information**

☐ Add           ☐ Delete           ☐ Change           Effective Date:_____

| 1.  Name    First         Middle                          Last                                Jr., Sr., etc. |
|---|
| Sandy                      L.                  Campa                          N/A |

| Social Security Number | Date of Birth (MM/DD/YYYY) | Credentials (M.D., O.D., etc.)  N/A |
|---|---|---|

| Medicare Identification Number (if applicable)   N/A | Effective Date of Ownership (MM/DD/YYYY)   N/A | Effective Date of Control (MM/DD/YYYY) 08/04/1994 |
|---|---|---|

2.  If the above individual is **directly** associated with the supplier in Section 2B, what is this individual's relationship with the supplier? (Check all that apply.)

☐ 5% or Greater Owner          ☐ Partner                   ☐ Managing Employee
☐ Director/Officer              ☒ Other (Specify): _Delegated Official_____

3.  If the above individual is **directly** associated with an organization identified in Section 5B, furnish the name of that organization in the space below:
     Legal Business Name of Organization: _____

4.  What is this individual's role with the organization reported in Section 6A3 above (check all that apply)?

☐ 5% or Greater Owner          ☐ Partner                   ☐ Managing Employee
☐ Director/Officer              ☐ Other (Specify): _____

**B.   Adverse Legal History**          ☐ Change          ☐ Effective Date:_____

Please read the applicable instructions before completing this section. This section is to be completed only if the individual in Section 6A above is a 5% or greater owner (direct or indirect), or has a partnership interest in, or is an actual employee of, or director/officer of, the supplier identified in Section 2B.

1.  Has the individual in Section 6A above, under any current or former name or business identity, ever had any of the adverse legal actions listed in Table A in Section 3A imposed against him or her?          ☐ YES  ☒ NO

2.  IF YES, report each adverse legal action, when it occurred, the law enforcement authority/court/administrative body that imposed the action, and the resolution. Attach a copy of the adverse legal action documentation(s) and resolution(s).

| Adverse Legal Action: | Date: | Law Enforcement Authority: | Resolution: |
|---|---|---|---|
| N/A | | | |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

REDACTED

CMS 855B (11/2001)

OMB Approval No. 09:

## 6. Ownership Interest and/or Managing Control Information (Individuals)

This section is to be completed with information about any individual that has a 5% or greater (direct or indirect) own interest in, or any partnership interest in, the supplier identified in Section 2B. All officers, directors, and mar employees of the supplier must also be reported in this section. In addition, any information on adverse legal action have been imposed against the individuals reported in this section must be furnished. If there is more than one indiv copy and complete this section for each.

### A. Individual with Ownership Interest and/or Managing Control—Identification Information

☐ Add    ☐ Delete    ☐ Change    Effective Date:_____

| 1. Name    First | Middle | Last | Jr., Sr., etc. |
|---|---|---|---|
| WILLIAM | ROBERT | KOSCH | NA |

| Social Security Number | Date of Birth (MM/DD/YYYY) | Credentials (M.D. O.D., etc.) R. Ph. |
|---|---|---|
| ▓▓▓▓▓▓ | ▓▓▓▓▓▓ |  |

| Medicare Identification Number (if applicable) | Effective Date of Ownership (MM/DD/YYYY) | Effective Date of Control (MM/DD/YYYY)    08/21/20. |
|---|---|---|

2. If the above individual is **directly** associated with the supplier in Section 2B, what is this individual's relationship the supplier? (Check all that apply.)

☐ 5% or Greater Owner    ☐ Partner    ☒ Managing Employee
☐ Director/Officer    ☐ Other (Specify):____    Pharmacist in Charge

3. If the above individual is **directly** associated with an organization identified in Section 5B, furnish the name of t organization in the space below:
Legal Business Name of Organization: _____

4. What is this individual's role with the organization reported in Section 6A3 above (check all that apply)?

☐ 5% or Greater Owner    ☐ Partner    ☐ Managing Employee
☐ Director/Officer    ☐ Other (Specify):____

### B. Adverse Legal History    ☐ Change    ☐ Effective Date:_____

Please read the applicable instructions before completing this section. This section is to be completed only if t individual in Section 6A above is a 5% or greater owner (direct or indirect), or has a partnership interest in, or is an acti employee of, or director/officer of, the supplier identified in Section 2B.

1. Has the individual in Section 6A above, under any current or former name or business identity, ever had any of adverse legal actions listed in Table A in Section 3A imposed against him or her?    ☐ YES  ☒ NO

2. IF YES, report each adverse legal action, when it occurred, the law enforcement authority/court/administrative body th imposed the action, and the resolution. Attach a copy of the adverse legal action documentation(s) and resolution(s).

| Adverse Legal Action: | Date: | Law Enforcement Authority: | Resolution: |
|---|---|---|---|
| N/A | | | |
| | | | |
| | | | |

CMS 855B (11/200

OMB Approval No. 0938-068

## 6. Ownership Interest and/or Managing Control Information (Individuals)

This section is to be completed with information about any individual that has a 5% or greater (direct or indirect) ownership interest in, or any partnership interest in, the supplier identified in Section 2B. All officers, directors, and managing employees of the supplier must also be reported in this section. In addition, any information on adverse legal actions that have been imposed against the individuals reported in this section must be furnished. If there is more than one individual, copy and complete this section for each.

### A. Individual with Ownership Interest and/or Managing Control—Identification Information

☐ Add          ☐ Delete          ☐ Change          Effective Date:_____

| 1. Name     First | Middle | Last | Jr., Sr., etc. |
|---|---|---|---|
| BRADLEY | S. | KARRO | N/A |

| Social Security Number | Date of Birth (MM/DD/YYYY) | Credentials (M.D., O.D., etc.) N/A |
|---|---|---|
| ▬▬▬ | ▬▬▬   N/A | |

| Medicare Identification Number (if applicable) · N/A | Effective Date of Ownership (MM/DD/YYYY) | Effective Date of Control (MM/DD/YYYY)   ***  03/24/2004 |
|---|---|---|

2. If the above individual is **directly** associated with the supplier in Section 2B, what is this individual's relationship with the supplier? (Check all that apply.)
☐ 5% or Greater Owner      ☐ Partner      ☐ Managing Employee
☒ Director/Officer      ☐ Other (Specify):_____

3. If the above individual is **directly** associated with an organization identified in Section 5B, furnish the name of that organization in the space below:      ***SEE ATTACHED FOR EFFECTIVE DATES OF CONTROL
Legal Business Name of Organization: · CAREMARK RX, INC. AND CAREMARK INTERNATIONAL  INC.

4. What is this individual's role with the organization reported in Section 6A3 above (check all that apply)?
☐ 5% or Greater Owner      ☐ Partner      ☐ Managing Employee
☒ Director/Officer      ☐ Other (Specify):_____

### B. Adverse Legal History          ☐ Change          ☐ Effective Date:_____

**Please read the applicable instructions before completing this section.** This section is to be completed only if the individual in Section 6A above is a 5% or greater owner (direct or indirect), or has a partnership interest in, or is an actual employee of, or director/officer of, the supplier identified in Section 2B.

1. Has the individual in Section 6A above, under any current or former name or business identity, ever had any of the adverse legal actions listed in Table A in Section 3A imposed against him or her?     ☐ YES  ☒ NO

2. IF YES, report each adverse legal action, when it occurred, the law enforcement authority/court/administrative body that imposed the action, and the resolution. Attach a copy of the adverse legal action documentation(s) and resolution(s).

| Adverse Legal Action: | Date: | Law Enforcement Authority: | Resolution: |
|---|---|---|---|
| N/A | | | |
| | | | |
| | | | |

CMS 855B (11/2001)

OMB Approval No. 0938-0685

## 6. Ownership Interest and/or Managing Control Information (Individuals)

This section is to be completed with information about any individual that has a 5% or greater (direct or indirect) ownership interest in, or any partnership interest in, the supplier identified in Section 2B. All officers, directors, and managing employees of the supplier must also be reported in this section. In addition, any information on adverse legal actions that have been imposed against the individuals reported in this section must be furnished. If there is more than one individual, copy and complete this section for each.

### A. Individual with Ownership Interest and/or Managing Control—Identification Information

☐ Add          ☐ Delete          ☐ Change          Effective Date:_____

| 1. Name   First EDWIN | Middle McCALL | Last CRAWFORD | Jr., Sr., etc. N/A |
|---|---|---|---|

| Social Security Number ▓▓▓▓▓ | Date of Birth (MM/DD/YYYY) ▓▓▓▓▓ | Credentials (M.D., O.D., etc.) N/A |
|---|---|---|

| Medicare Identification Number (if applicable) N/A | Effective Date of Ownership (MM/DD/YYYY) N/A | Effective Date of Control (MM/DD/YYYY) *** |
|---|---|---|

2. If the above individual is **directly** associated with the supplier in Section 2B, what is this individual's relationship with the supplier? (Check all that apply.)
  ☐ 5% or Greater Owner          ☐ Partner          ☐ Managing Employee
  ☐ Director/Officer          ☐ Other (Specify):_____

3. If the above individual is **directly** associated with an organization identified in Section 5B, furnish the name of that organization in the space below:   ***SEE ATTACHED FOR EFFECTIVE DATE OF CONTROL
  Legal Business Name of Organization:   CAREMARK RX, INC.

4. What is this individual's role with the organization reported in Section 6A3 above (check all that apply)?
  ☐ 5% or Greater Owner          ☐ Partner          ☐ Managing Employee
  ☒ Director/Officer          ☐ Other (Specify):_____

### B. Adverse Legal History          ☐ Change          ☐ Effective Date:_____

Please read the applicable instructions before completing this section. This section is to be completed only if the individual in Section 6A above is a 5% or greater owner (direct or indirect), or has a partnership interest in, or is an actual employee of, or director/officer of, the supplier identified in Section 2B.

1. Has the individual in Section 6A above, under any current or former name or business identity, ever had any of the adverse legal actions listed in Table A in Section 3A imposed against him or her?          ☐ YES ☒ NO

2. IF YES, report each adverse legal action, when it occurred, the law enforcement authority/court/administrative body that imposed the action, and the resolution. Attach a copy of the adverse legal action documentation(s) and resolution(s).

| Adverse Legal Action: | Date: | Law Enforcement Authority: | Resolution: |
|---|---|---|---|
| N/A | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

REDACTED

CMS 855B (11/2001)

OMB Approval No. 0938-06

## 6. Ownership Interest and/or Managing Control Information (Individuals)

This section is to be completed with information about any individual that has a 5% or greater (direct or indirect) ownership interest in, or <u>any</u> partnership interest in, the supplier identified in Section 2B. All officers, directors, and managing employees of the supplier must also be reported in this section. In addition, any information on adverse legal actions that have been imposed against the individuals reported in this section must be furnished. If there is more than one individual in this copy and complete this section for each.

**A.  Individual with Ownership Interest and/or Managing Control—Identification Information**

☐ Add                ☐ Delete                ☐ Change                Effective Date: _____

| 1.  Name     First | Middle | Last | Jr., Sr., etc. |
|---|---|---|---|
| EDWARD | L. | HARDIN | N/A |

| Social Security Number | Date of Birth (MM/DD/YYYY) | Credentials (M.D., O.D., etc.) N/A |
|---|---|---|
| ▓▓▓▓▓▓ | ▓▓▓▓▓▓ | |

| Medicare Identification Number (if applicable)   N/A | Effective Date of <u>Ownership</u> (MM/DD/YYYY)   N/A | Effective Date of <u>Control</u> *** (MM/DD/YYYY) |
|---|---|---|

2.  If the above individual is <u>directly</u> associated with the supplier in Section 2B, what is this individual's relationship with the supplier? (Check all that apply.)
    ☐ 5% or Greater Owner    ☐ Partner    ☐ Managing Employee
    ☐ Director/Officer    ☐ Other (Specify): _____

3.  If the above individual is <u>directly</u> associated with an organization identified in Section 5B, furnish the name of that organization in the space below:    ***SEE ATTACHED FOR EFFECTIVE DATE OF CONTROL
    Legal Business Name of Organization:  CAREMARK RX, INC.

4.  What is this individual's role with the organization reported in Section 6A3 above (check all that apply)?
    ☐ 5% or Greater Owner    ☐ Partner    ☐ Managing Employee
    ☒ Director/Officer    ☐ Other (Specify): _____

**B.  Adverse Legal History**    ☐ Change    ☐ Effective Date: _____

**Please read the applicable instructions before completing this section.** This section is to be completed <u>only</u> if the individual in Section 6A above is a 5% or greater <u>owner</u> (direct or indirect), or has a <u>partnership</u> interest in, or is an actual employee of, or director/officer of, the supplier identified in Section 2B.

1.  Has the individual in Section 6A above, under any current or former name or business identity, <u>ever</u> had any of the adverse legal actions listed in Table A in Section 3A imposed against him or her?    ☐ YES ☒ NO

2.  IF YES, report each adverse legal action, when it occurred, the law enforcement authority/court/administrative body that imposed the action, and the resolution. Attach a copy of the adverse legal action documentation(s) and resolution(s).

| Adverse Legal Action: | Date: | Law Enforcement Authority: | Resolution: |
|---|---|---|---|
| N/A | | | |
| | | | |
| | | | |

REDACTED

CMS 855B (11/2001)

## 6.  Ownership Interest and/or Managing Control Information (Individuals)

This section is to be completed with information about any individual that has a 5% or greater (direct or indirect) ownership interest in, or <u>any</u> partnership interest in, the supplier identified in Section 2B.  All officers, directors, and managing employees of the supplier must also be reported in this section.  In addition, any information on adverse legal actions that have been imposed against the individuals reported in this section must be furnished.  If there is more than one individual, copy and complete this section for each.

### A.  Individual with Ownership Interest and/or Managing Control—Identification Information

☐ Add          ☐ Delete          ☐ Change          Effective Date:_____

| 1.  Name        First JOHN | Middle DAVID | Last JOYNER | Jr., Sr., etc. N/A |
|---|---|---|---|
| Social Security Number ▓▓▓▓▓ | | Date of Birth (MM/DD/YYYY) ▓▓▓▓ | Credentials (M.D., O.D., etc.) N/A |

| Medicare Identification Number (if applicable)    N/A | Effective Date of <u>Ownership</u> (MM/DD/YYYY)    N/A | Effective Date of <u>Control</u>    *** (MM/DD/YYYY) |
|---|---|---|

2.  If the above individual is <u>directly</u> associated with the supplier in Section 2B, what is this individual's relationship with the supplier? (Check all that apply.)
    ☐ 5% or Greater Owner          ☐ Partner          ☐ Managing Employee
    ☐ Director/Officer             ☐ Other (Specify):_____

3.  If the above individual is <u>directly</u> associated with an organization identified in Section 5B, furnish the name of that organization in the space below:      ***SEE ATTACHED FOR EFFECTIVE DATE OF CONTROL
    Legal Business Name of Organization:  CAREMARK RX, INC.

4.  What is this individual's role with the organization reported in Section 6A3 above (check all that apply)?
    ☐ 5% or Greater Owner          ☐ Partner          ☐ Managing Employee
    ☒ Director/Officer             ☐ Other (Specify):_____

### B.  Adverse Legal History          ☐ Change          ☐ Effective Date:_____

Please read the applicable instructions before completing this section.  This section is to be completed <u>only</u> if the individual in Section 6A above is a 5% or greater <u>owner</u> (direct or indirect), or has a <u>partnership</u> interest in, or is an actual employee of, or director/officer of, the supplier identified in Section 2B.

1.  Has the individual in Section 6A above, under any current or former name or business identity, <u>ever</u> had any of the adverse legal actions listed in Table A in Section 3A imposed against him or her?          ☐ YES ☒ NO

2.  IF YES, report each adverse legal action, when it occurred, the law enforcement authority/court/administrative body that imposed the action, and the resolution.  Attach a copy of the adverse legal action documentation(s) and resolution(s).

| Adverse Legal Action: | Date: | Law Enforcement Authority: | Resolution: |
|---|---|---|---|
| N/A | | | |
| | | | |

REDACTED

OMB Approval No. 0938-06

## 6. Ownership Interest and/or Managing Control Information (Individuals)

This section is to be completed with information about any individual that has a 5% or greater (direct or indirect) ownership interest in, or any partnership interest in, the supplier identified in Section 2B. All officers, directors, and managing employees of the supplier must also be reported in this section. In addition, any information on adverse legal actions that have been imposed against the individuals reported in this section must be furnished. If there is more than one individual, copy and complete this section for each.

**A. Individual with Ownership Interest and/or Managing Control—Identification Information**

☐ Add          ☐ Delete          ☐ Change          Effective Date:_____

| 1. Name     First | Middle | Last | Jr., Sr., etc. |
|---|---|---|---|
| KIRK | | McCONNELL | N/A |

| Social Security Number | Date of Birth (MM/DD/YYYY) | Credentials (M.D., O.D., etc.) N/A |
|---|---|---|
| ▓▓▓▓▓▓ | ▓▓▓▓▓▓ | |

| Medicare Identification Number (if applicable)   N/A | Effective Date of Ownership (MM/DD/YYYY)   N/A | Effective Date of Control (MM/DD/YYYY)   *** |
|---|---|---|

2. If the above individual is <u>directly</u> associated with the supplier in Section 2B, what is this individual's relationship with the supplier? (Check all that apply.)
   ☐ 5% or Greater Owner     ☐ Partner     ☐ Managing Employee
   ☐ Director/Officer         ☐ Other (Specify):_____

3. If the above individual is <u>directly</u> associated with an organization identified in Section 5B, furnish the name of that organization in the space below:     ***SEE ATTACHED FOR EFFECTIVE DATES OF CONTROL
   Legal Business Name of Organization:  CAREMARK RX, INC. AND CAREMARK INTERNATIONAL INC.

4. What is this individual's role with the organization reported in Section 6A3 above (check all that apply)?
   ☐ 5% or Greater Owner     ☐ Partner     ☐ Managing Employee
   ☒ Director/Officer         ☐ Other (Specify):_____

**B. Adverse Legal History**          ☐ Change          ☐ Effective Date:_____

**Please read the applicable instructions before completing this section.** This section is to be completed <u>only</u> if the individual in Section 6A above is a 5% or greater <u>owner</u> (direct or indirect), or has a <u>partnership</u> interest in, or is an actual employee of, or director/officer of, the supplier identified in Section 2B.

1. Has the individual in Section 6A above, under any current or former name or business identity, <u>ever</u> had any of the adverse legal actions listed in Table A in Section 3A imposed against him or her?     ☐ YES  ☒ NO

2. IF YES, report each adverse legal action, when it occurred, the law enforcement authority/court/administrative body that imposed the action, and the resolution. Attach a copy of the adverse legal action documentation(s) and resolution(s).

| Adverse Legal Action: | Date: | Law Enforcement Authority: | Resolution: |
|---|---|---|---|
| N/A | | | |
| | | | |

REDACTED

CMS 855B (11/2001)

OMB Approval No. 0938-068:

## 6. Ownership Interest and/or Managing Control Information (Individuals)

This section is to be completed with information about any individual that has a 5% or greater (direct or indirect) ownership interest in, or <u>any</u> partnership interest in, the supplier identified in Section 2B. All officers, directors, and managing employees of the supplier must also be reported in this section. In addition, any information on adverse legal actions that have been imposed against the individuals reported in this section must be furnished. If there is more than one individual, copy and complete this section for each.

**A.  Individual with Ownership Interest and/or Managing Control—Identification Information**

☐ Add          ☐ Delete          ☐ Change          Effective Date:_____

| 1.  Name        First          Middle          |  | Last       |  Jr., Sr., etc. |
|---|---|---|---|
| HOWARD                      A. | | McLURE | N/A |

| Social Security Number | Date of Birth (MM/DD/YYYY) | Credentials (M.D., O.D., etc.) N/A |
|---|---|---|
| ▓▓▓▓▓▓▓ | ▓▓▓▓▓ | |

| Medicare Identification Number (if applicable)   N/A | Effective Date of <u>Ownership</u> (MM/DD/YYYY)      N/A | Effective Date of <u>Control</u>      *** (MM/DD/YYYY)   03/24/2004 |
|---|---|---|

2.  If the above individual is <u>directly</u> associated with the supplier in Section 2B, what is this individual's relationship with the supplier? (Check all that apply.)
    ☐ 5% or Greater Owner    ☐ Partner    ☐ Managing Employee
    ☒ Director/Officer    ☐ Other (Specify):_____

3.  If the above individual is <u>directly</u> associated with an organization identified in Section 5B, furnish the name of that organization in the space below:  ***SEE ATTACHED FOR EFFECTIVE DATES OF CONTROL
    Legal Business Name of Organization:  CAREMARK RX. INC AND CAREMARK INTERNATIONAL  INC.

4.  What is this individual's role with the organization reported in Section 6A3 above (check all that apply)?
    ☐ 5% or Greater Owner    ☐ Partner    ☐ Managing Employee
    ☒ Director/Officer    ☐ Other (Specify):_____

**B.  Adverse Legal History**    ☐ Change    ☐ Effective Date:_____

**Please read the applicable instructions before completing this section.** This section is to be completed <u>only</u> if the individual in Section 6A above is a 5% or greater <u>owner</u> (direct or indirect), or has a <u>partnership</u> interest in, or is an actual employee of, or director/officer of, the supplier identified in Section 2B.

1.  Has the individual in Section 6A above, under any current or former name or business identity, <u>ever</u> had any of the adverse legal actions listed in Table A in Section 3A imposed against him or her?    ☐ YES ☒ NO

2.  IF YES, report each adverse legal action, when it occurred, the law enforcement authority/court/administrative body that imposed the action, and the resolution. Attach a copy of the adverse legal action documentation(s) and resolution(s).

| Adverse Legal Action: | Date: | Law Enforcement Authority: | Resolution: |
|---|---|---|---|
| N/A | | | |
| | | | |
| | | | |

REDACTED

CMS 855B (11/2001)

OMB Approval No. 0938-0685

---

## 6. Ownership Interest and/or Managing Control Information (Individuals)

This section is to be completed with information about any individual that has a 5% or greater (direct or indirect) ownership interest in, or any partnership interest in, the supplier identified in Section 2B. All officers, directors, and managing employees of the supplier must also be reported in this section. In addition, any information on adverse legal actions that have been imposed against the individuals reported in this section must be furnished. If there is more than one individual, copy and complete this section for each.

**A.   Individual with Ownership Interest and/or Managing Control—Identification Information**

☐ Add          ☐ Delete          ☐ Change          Effective Date:_____

| 1.   Name     First<br>RUDY | Middle | Last<br>MLADENOVIC | Jr., Sr., etc.<br>N/A |
|---|---|---|---|
| Social Security Number<br>████████ | | Date of Birth (MM/DD/YYYY)<br>████████ | Credentials (M.D.,<br>O.D., etc.) N/A |

| Medicare Identification Number (if<br>applicable)   N/A | Effective Date of Ownership<br>(MM/DD/YYYY)   N/A | Effective Date of Control<br>(MM/DD/YYYY) 03/24/2004   *** |
|---|---|---|

2.   If the above individual is <u>directly</u> associated with the supplier in Section 2B, what is this individual's relationship with the supplier? (Check all that apply.)
    ☐ 5% or Greater Owner    ☐ Partner    ☐ Managing Employee
    ☒ Director/Officer    ☐ Other (Specify):_____

3.   If the above individual is <u>directly</u> associated with an organization identified in Section 5B, furnish the name of that organization in the space below:  ***SEE ATTACHED FOR EFFECTIVE DATE OF CONTROL
    Legal Business Name of Organization:  CAREMARK RX, INC._____

4.   What is this individual's role with the organization reported in Section 6A3 above (check all that apply)?
    ☐ 5% or Greater Owner    ☐ Partner    ☐ Managing Employee
    ☒ Director/Officer    ☐ Other (Specify):_____

**B.   Adverse Legal History**          ☐ Change          ☐ Effective Date:_____

**Please read the applicable instructions before completing this section.** This section is to be completed <u>only</u> if the individual in Section 6A above is a 5% or greater <u>owner</u> (direct or indirect), or has a <u>partnership</u> interest in, or is an actual employee of, or director/officer of, the supplier identified in Section 2B.

1.   Has the individual in Section 6A above, under any current or former name or business identity, <u>ever</u> had any of the adverse legal actions listed in Table A in Section 3A imposed against him or her?    ☐ YES  ☒ NO

2.   IF YES, report each adverse legal action, when it occurred, the law enforcement authority/court/administrative body that imposed the action, and the resolution. Attach a copy of the adverse legal action documentation(s) and resolution(s).

| Adverse Legal Action: | Date: | Law Enforcement Authority: | Resolution: |
|---|---|---|---|
| N/A | | | |
| | | | |
| | | | |



CMS 855B (11/2001)

OMB Approval No. 0938-06

## 6. Ownership Interest and/or Managing Control Information (Individuals)

This section is to be completed with information about any individual that has a 5% or greater (direct or indirect) ownership interest in, or any partnership interest in, the supplier identified in Section 2B. All officers, directors, and managing employees of the supplier must also be reported in this section. In addition, any information on adverse legal actions that have been imposed against the individuals reported in this section must be furnished. If there is more than one individual, copy and complete this section for each.

### A. Individual with Ownership Interest and/or Managing Control—Identification Information

☐ Add                 ☐ Delete                 ☐ Change            Effective Date: _____

| 1. Name    First | Middle | Last | Jr., Sr., etc. |
|---|---|---|---|
| DIANE | B. | NOBLES | N/A |

| Social Security Number | Date of Birth (MM/DD/YYYY) | Credentials (M.D., O.D., etc.) N/A |
|---|---|---|

| Medicare Identification Number (if applicable)   N/A | Effective Date of Ownership (MM/DD/YYYY)   N/A | Effective Date of Control (MM/DD/YYYY)   *** |
|---|---|---|

2. If the above individual is **directly** associated with the supplier in Section 2B, what is this individual's relationship with the supplier? (Check all that apply.)

    ☐ 5% or Greater Owner    ☐ Partner    ☐ Managing Employee
    ☐ Director/Officer    ☐ Other (Specify): _____

3. If the above individual is **directly** associated with an organization identified in Section 5B, furnish the name of that organization in the space below:    ***SEE ATTACHED FOR EFFECTIVE DATES OF CONTROL

    Legal Business Name of Organization:   CAREMARK RX, INC. AND CAREMARK INTERNATIONAL INC.

4. What is this individual's role with the organization reported in Section 6A3 above (check all that apply)?

    ☐ 5% or Greater Owner    ☐ Partner    ☐ Managing Employee
    ☒ Director/Officer    ☐ Other (Specify): _____

### B. Adverse Legal History          ☐ Change          ☐ Effective Date: _____

**Please read the applicable instructions before completing this section.** This section is to be completed only if the individual in Section 6A above is a 5% or greater owner (direct or indirect), or has a partnership interest in, or is an actual employee of, or director/officer of, the supplier identified in Section 2B.

1. Has the individual in Section 6A above, under any current or former name or business identity, ever had any of the adverse legal actions listed in Table A in Section 3A imposed against him or her?    ☐ YES ☒ NO

2. IF YES, report each adverse legal action, when it occurred, the law enforcement authority/court/administrative body that imposed the action, and the resolution. Attach a copy of the adverse legal action documentation(s) and resolution(s).

| Adverse Legal Action: | Date: | Law Enforcement Authority: | Resolution: |
|---|---|---|---|
| N/A | | | |

REDACTED

CMS 855B (11/2001)

OMB Approval No. 0938-06

## 6. Ownership Interest and/or Managing Control Information (Individuals)

This section is to be completed with information about any individual that has a 5% or greater (direct or indirect) ownership interest in, or any partnership interest in, the supplier identified in Section 2B. All officers, directors, and managing employees of the supplier must also be reported in this section. In addition, any information on adverse legal actions that have been imposed against the individuals reported in this section must be furnished. If there is more than one individual copy and complete this section for each.

### A. Individual with Ownership Interest and/or Managing Control—Identification Information

☐ Add          ☐ Delete          ☐ Change          Effective Date: _____

| 1. Name | First | Middle | | Last | | Jr., Sr., etc. |
|---|---|---|---|---|---|---|
| | RICHARD | P. | | SCARDINA | | N/A |

| Social Security Number | Date of Birth (MM/DD/YYYY) | Credentials (M.D., O.D., etc.)  N/A |
|---|---|---|
| ▓▓▓▓▓ | ▓▓▓▓▓ | |

| Medicare Identification Number (if applicable)  N/A | Effective Date of Ownership (MM/DD/YYYY)  N/A | Effective Date of Control (MM/DD/YYYY)  *** 03/01/1998 |
|---|---|---|

2. If the above individual is **directly** associated with the supplier in Section 2B, what is this individual's relationship with the supplier? (Check all that apply.)
   ☐ 5% or Greater Owner        ☐ Partner        ☐ Managing Employee
   ☒ Director/Officer           ☐ Other (Specify): _____

3. If the above individual is **directly** associated with an organization identified in Section 5B, furnish the name of that organization in the space below:        ***SEE ATTACHED FOR EFFECTIVE DATE OF CONTROL
   Legal Business Name of Organization:  CAREMARK RX, INC.

4. What is this individual's role with the organization reported in Section 6A3 above (check all that apply)?
   ☐ 5% or Greater Owner        ☐ Partner        ☐ Managing Employee
   ☒ Director/Officer           ☐ Other (Specify): _____

### B. Adverse Legal History          ☐ Change          ☐ Effective Date: _____

**Please read the applicable instructions before completing this section.** This section is to be completed only if the individual in Section 6A above is a 5% or greater owner (direct or indirect), or has a partnership interest in, or is an actual employee of, or director/officer of, the supplier identified in Section 2B.

1. Has the individual in Section 6A above, under any current or former name or business identity, ever had any of the adverse legal actions listed in Table A in Section 3A imposed against him or her?        ☐ YES  ☒ NO

2. IF YES, report each adverse legal action, when it occurred, the law enforcement authority/court/administrative body that imposed the action, and the resolution. Attach a copy of the adverse legal action documentation(s) and resolution(s).

| Adverse Legal Action: | Date: | Law Enforcement Authority: | Resolution: |
|---|---|---|---|
| N/A | | | |
| | | | |
| | | | |

REDACTED

29

CMS 855B (11/2001)

OMB Approval No. 0938-068!

## 6. Ownership Interest and/or Managing Control Information (Individuals)

This section is to be completed with information about any individual that has a 5% or greater (direct or indirect) ownership interest in, or any partnership interest in, the supplier identified in Section 2B. All officers, directors, and managing employees of the supplier must also be reported in this section. In addition, any information on adverse legal actions that have been imposed against the individuals reported in this section must be furnished. If there is more than one individual, copy and complete this section for each.

### A.  Individual with Ownership Interest and/or Managing Control—Identification Information

☐ Add          ☐ Delete          ☐ Change          Effective Date:_____

| 1.  Name     First | Middle | Last | Jr., Sr., etc. |
|---|---|---|---|
| PETER | J. | CLEMENS | IV |
| Social Security Number | | Date of Birth (MM/DD/YYYY) | Credentials (M.D., O.D., etc.) N/A |
| Medicare Identification Number (if applicable)    N/A | Effective Date of Ownership (MM/DD/YYYY)    N/A | Effective Date of Control (MM/DD/YYYY)    *** | |

2.  If the above individual is **directly** associated with the supplier in Section 2B, what is this individual's relationship with the supplier? (Check all that apply.)
    ☐ 5% or Greater Owner        ☐ Partner                ☐ Managing Employee
    ☐ Director/Officer           ☐ Other (Specify):_____

3.  If the above individual is **directly** associated with an organization identified in Section 5B, furnish the name of that organization in the space below:       ***SEE ATTACHED FOR EFFECTIVE DATE OF CONTROL
      Legal Business Name of Organization:  CAREMARK RX, INC.

4.  What is this individual's role with the organization reported in Section 6A3 above (check all that apply)?
    ☐ 5% or Greater Owner        ☐ Partner                ☐ Managing Employee
    ☒ Director/Officer           ☐ Other (Specify):_____

### B.  Adverse Legal History          ☐ Change          ☐ Effective Date:_____

Please read the applicable instructions before completing this section. This section is to be completed <u>only</u> if the individual in Section 6A above is a 5% or greater <u>owner</u> (direct or indirect), or has a <u>partnership</u> interest in, or is an actual employee of, or director/officer of, the supplier identified in Section 2B.

1.  Has the individual in Section 6A above, under any current or former name or business identity, <u>ever</u> had any of the adverse legal actions listed in Table A in Section 3A imposed against him or her?          ☐ YES ☒ NO

2.  IF YES, report each adverse legal action, when it occurred, the law enforcement authority/court/administrative body that imposed the action, and the resolution. Attach a copy of the adverse legal action documentation(s) and resolution(s).

| Adverse Legal Action: | Date: | Law Enforcement Authority: | Resolution: |
|---|---|---|---|
| N/A | | | |

CMS 855B (11/2001)

OMB Approval No. 0938-06£

## 6. Ownership Interest and/or Managing Control Information (Individuals)

This section is to be completed with information about any individual that has a 5% or greater (direct or indirect) ownership interest in, or any partnership interest in, the supplier identified in Section 2B. All officers, directors, and managing employees of the supplier must also be reported in this section. In addition, any information on adverse legal actions that have been imposed against the individuals reported in this section must be furnished. If there is more than one individual, copy and complete this section for each.

### A. Individual with Ownership Interest and/or Managing Control—Identification Information

☐ Add          ☐ Delete          ☐ Change          Effective Date:_____

| 1. Name    First | Middle | Last | Jr., Sr., etc. |
|---|---|---|---|
| SARA | J. | FINLEY | N/A |

| Social Security Number | Date of Birth (MM/DD/YYYY) | Credentials (M.D., O.D., etc.)    N/A |
|---|---|---|
| ▓▓▓▓▓▓ | ▓▓▓▓▓▓ | |

| Medicare Identification Number (if applicable)    N/A | Effective Date of Ownership (MM/DD/YYYY)    N/A | Effective Date of Control (MM/DD/YYYY)    09/10/1998    *** |
|---|---|---|

2. If the above individual is directly associated with the supplier in Section 2B, what is this individual's relationship with the supplier? (Check all that apply.)
　　☐ 5% or Greater Owner　　☐ Partner　　　　　☐ Managing Employee
　　☒ Director/Officer　　　　☐ Other (Specify):_____

3. If the above individual is directly associated with an organization identified in Section 5B, furnish the name of that organization in the space below:　***SEE ATTACHED FOR EFFECTIVE DATES OF CONTROL
　　Legal Business Name of Organization:　CAREMARK RX, INC. AND CAREMARK INTERNATIONAL  INC.

4. What is this individual's role with the organization reported in Section 6A3 above (check all that apply)?
　　☐ 5% or Greater Owner　　☐ Partner　　　　　☐ Managing Employee
　　☒ Director/Officer　　　　☐ Other (Specify):_____

### B. Adverse Legal History          ☐ Change          ☐ Effective Date:_____

Please read the applicable instructions before completing this section. This section is to be completed only if the individual in Section 6A above is a 5% or greater owner (direct or indirect), or has a partnership interest in, or is an actual employee of, or director/officer of, the supplier identified in Section 2B.

1. Has the individual in Section 6A above, under any current or former name or business identity, ever had any of the adverse legal actions listed in Table A in Section 3A imposed against him or her?　　☐ YES ☒ NO

2. IF YES, report each adverse legal action, when it occurred, the law enforcement authority/court/administrative body that imposed the action, and the resolution. Attach a copy of the adverse legal action documentation(s) and resolution(s).

| Adverse Legal Action:    N/A | Date: | Law Enforcement Authority: | Resolution: |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

REDACTED

CMS 855B (11/2001)

OMB Approval No. 0938-068:

## 6.  Ownership Interest and/or Managing Control Information (Individuals)

This section is to be completed with information about any individual that has a 5% or greater (direct or indirect) ownership interest in, or <u>any</u> partnership interest in, the supplier identified in Section 2B. All officers, directors, and managing employees of the supplier must also be reported in this section. In addition, any information on adverse legal actions that have been imposed against the individuals reported in this section must be furnished. If there is more than one individual, copy and complete this section for each.

**A.  Individual with Ownership Interest and/or Managing Control—Identification Information**

☐ Add        ☐ Delete        ☐ Change        Effective Date:_____

| 1.  Name       First | Middle | Last | Jr., Sr., etc. |
|---|---|---|---|
| DAVID | W. | GOLDING | N/A |

| Social Security Number ▓▓▓▓ | Date of Birth (MM/DD/YYYY) ▓▓▓▓ | Credentials (M.D., O.D., etc.)   N/A |
|---|---|---|

| Medicare Identification Number (if applicable)   N/A | Effective Date of <u>Ownership</u> (MM/DD/YYYY)    N/A | Effective Date of <u>Control</u> (MM/DD/YYYY)   01/01/1998   *** |
|---|---|---|

**2.**  If the above individual is <u>directly</u> associated with the supplier in Section 2B, what is this individual's relationship with the supplier? (Check all that apply.)
☐ 5% or Greater Owner    ☐ Partner    ☐ Managing Employee
☒ Director/Officer    ☐ Other (Specify):_____

**3.**  If the above individual is <u>directly</u> associated with an organization identified in Section 5B, furnish the name of that organization in the space below:   ***SEE ATTACHED FOR EFFECTIVE DATE OF CONTROL
Legal Business Name of Organization: CAREMARK RX, INC.

**4.**  What is this individual's role with the organization reported in Section 6A3 above (check all that apply)?
☐ 5% or Greater Owner    ☐ Partner    ☐ Managing Employee
☒ Director/Officer    ☐ Other (Specify):_____

**B.  Adverse Legal History**        ☐ Change        ☐ Effective Date:_____

**Please read the applicable instructions before completing this section.** This section is to be completed <u>only</u> if the individual in Section 6A above is a 5% or greater <u>owner</u> (direct or indirect), or has a <u>partnership</u> interest in, or is an actual employee of, or director/officer of, the supplier identified in Section 2B.

**1.**  Has the individual in Section 6A above, under any current or former name or business identity, <u>ever</u> had any of the adverse legal actions listed in Table A in Section 3A imposed against him or her?    ☐ YES  ☒ NO

**2.**  IF YES, report each adverse legal action, when it occurred, the law enforcement authority/court/administrative body that imposed the action, and the resolution. Attach a copy of the adverse legal action documentation(s) and resolution(s).

| Adverse Legal Action: | Date: | Law Enforcement Authority: | Resolution: |
|---|---|---|---|
| N/A | | | |
| | | | |
| | | | |

CMS 855B (11/2001)

OMB Approval No. 0938-0685

## 6. Ownership Interest and/or Managing Control Information (Individuals)

This section is to be completed with information about any individual that has a 5% or greater (direct or indirect) ownership interest in, or <u>any</u> partnership interest in, the supplier identified in Section 2B.  All officers, directors, and managing employees of the supplier must also be reported in this section.  In addition, any information on adverse legal actions that have been imposed against the individuals reported in this section must be furnished.  If there is more than one individual, copy and complete this section for each.

### A.  Individual with Ownership Interest and/or Managing Control—Identification Information

☐ Add          ☐ Delete          ☐ Change          Effective Date: _____

| 1. Name    First | Middle | Last | Jr., Sr., etc. |
|---|---|---|---|
| MARK | S. | WEEKS | N/A |

| Social Security Number | Date of Birth (MM/DD/YYYY) | Credentials (M.D., O.D., etc.)  N/A |
|---|---|---|
| ▓▓▓▓▓▓ | ▓▓▓▓▓▓ | |

| Medicare Identification Number (if applicable)  N/A | Effective Date of <u>Ownership</u> (MM/DD/YYYY)  N/A | Effective Date of <u>Control</u> (MM/DD/YYYY)  *** |
|---|---|---|

2.  If the above individual is <u>directly</u> associated with the supplier in Section 2B, what is this individual's relationship with the supplier? (Check all that apply.)
☐ 5% or Greater Owner          ☐ Partner          ☐ Managing Employee
☐ Director/Officer          ☐ Other (Specify): _____

3.  If the above individual is <u>directly</u> associated with an organization identified in Section 5B, furnish the name of that organization in the space below:          ***SEE ATTACHED FOR EFFECTIVE DATE OF CONTROL
Legal Business Name of Organization: _____ CAREMARK RX, INC.

4.  What is this individual's role with the organization reported in Section 6A3 above (check all that apply)?
☐ 5% or Greater Owner          ☐ Partner          ☐ Managing Employee
☒ Director/Officer          ☐ Other (Specify): _____

### B.  Adverse Legal History          ☐ Change          ☐ Effective Date: _____

**Please read the applicable instructions before completing this section.**  This section is to be completed <u>only</u> if the individual in Section 6A above is a 5% or greater <u>owner</u> (direct or indirect), or has a <u>partnership</u> interest in, or is an actual employee of, or director/officer of, the supplier identified in Section 2B.

1.  Has the individual in Section 6A above, under any current or former name or business identity, <u>ever</u> had any of the adverse legal actions listed in Table A in Section 3A imposed against him or her?          ☐ YES ☒ NO

2.  IF YES, report each adverse legal action, when it occurred, the law enforcement authority/court/administrative body that imposed the action, and the resolution.  Attach a copy of the adverse legal action documentation(s) and resolution(s).

| Adverse Legal Action: | Date: | Law Enforcement Authority: | Resolution: |
|---|---|---|---|
| N/A | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

CMS 855B (11/2001)

OMB Approval No. 0938-06

## 6. Ownership Interest and/or Managing Control Information (Individuals)

This section is to be completed with information about any individual that has a 5% or greater (direct or indirect) ownership interest in, or any partnership interest in, the supplier identified in Section 2B. All officers, directors, and managing employees of the supplier must also be reported in this section. In addition, any information on adverse legal actions that have been imposed against the individuals reported in this section must be furnished. If there is more than one individual, copy and complete this section for each.

### A. Individual with Ownership Interest and/or Managing Control—Identification Information

☐ Add          ☐ Delete          ☐ Change          Effective Date: _____

| 1. Name    First | Middle | Last | Jr., Sr., etc. |
|---|---|---|---|
| CONSTANCE | M. | ISLEY | N/A |

| Social Security Number | Date of Birth (MM/DD/YYYY) | Credentials (M.D., O.D., etc.) N/A |
|---|---|---|
| ▉▉▉▉▉ | ▉▉▉▉▉ | |

| Medicare Identification Number (if applicable)   N/A | Effective Date of Ownership (MM/DD/YYYY)   N/A | Effective Date of Control (MM/DD/YYYY)   05/29/2001 |
|---|---|---|

**2.** If the above individual is **directly** associated with the supplier in Section 2B, what is this individual's relationship with the supplier? (Check all that apply.)

☐ 5% or Greater Owner          ☐ Partner          ☐ Managing Employee
☒ Director/Officer          ☐ Other (Specify): _____

**3.** If the above individual is **directly** associated with an organization identified in Section 5B, furnish the name of that organization in the space below:
Legal Business Name of Organization: _____

**4.** What is this individual's role with the organization reported in Section 6A3 above (check all that apply)?
☐ 5% or Greater Owner          ☐ Partner          ☐ Managing Employee
☐ Director/Officer          ☐ Other (Specify): _____

### B. Adverse Legal History          ☐ Change          ☐ Effective Date: _____

**Please read the applicable instructions before completing this section.** This section is to be completed only if the individual in Section 6A above is a 5% or greater owner (direct or indirect), or has a partnership interest in, or is an actual employee of, or director/officer of, the supplier identified in Section 2B.

**1.** Has the individual in Section 6A above, under any current or former name or business identity, ever had any of the adverse legal actions listed in Table A in Section 3A imposed against him or her?          ☐ YES  ☒ NO

**2.** IF YES, report each adverse legal action, when it occurred, the law enforcement authority/court/administrative body that imposed the action, and the resolution. Attach a copy of the adverse legal action documentation(s) and resolution(s).

| Adverse Legal Action: | Date: | Law Enforcement Authority: | Resolution: |
|---|---|---|---|
| N/A | | | |
| | | | |
| | | | |

29                                                     CMS 855B (11/2001)

OMB Approval No. 0938-06

## 6.  Ownership Interest and/or Managing Control Information (Individuals)

This section is to be completed with information about any individual that has a 5% or greater (direct or indirect) ownership interest in, or any partnership interest in, the supplier identified in Section 2B.  All officers, directors, and managing employees of the supplier must also be reported in this section.  In addition, any information on adverse legal actions that have been imposed against the individuals reported in this section must be furnished.  If there is more than one individual, copy and complete this section for each.

**A.  Individual with Ownership Interest and/or Managing Control—Identification Information**

☐ Add          ☐ Delete          ☐ Change          Effective Date: _____

| 1.  Name | First | Middle | Last | Jr., Sr., etc. |
|---|---|---|---|---|
| GEORGE | | | PAVLAKIS | N/A |

| Social Security Number | | Date of Birth (MM/DD/YYYY) | Credentials (M.D., O.D., etc.)   N/A |
|---|---|---|---|
| ▓▓▓▓▓▓▓▓▓ | | | |

| Medicare Identification Number (if applicable)   N/A | Effective Date of Ownership (MM/DD/YYYY)   N/A | Effective Date of Control (MM/DD/YYYY)   05/28/2000 |
|---|---|---|

2.  If the above individual is **directly** associated with the supplier in Section 2B, what is this individual's relationship with the supplier? (Check all that apply.)

☐ 5% or Greater Owner          ☐ Partner          ☐ Managing Employee
☐ Director/Officer          ☒ Other (Specify):  DELEGATED OFFICIAL

3.  If the above individual is **directly** associated with an organization identified in Section 5B, furnish the name of that organization in the space below:
Legal Business Name of Organization: _____

4.  What is this individual's role with the organization reported in Section 6A3 above (check all that apply)?

☐ 5% or Greater Owner          ☐ Partner          ☐ Managing Employee
☐ Director/Officer          ☐ Other (Specify):_____

**B.  Adverse Legal History          ☐ Change          ☐ Effective Date: _____**

**Please read the applicable instructions before completing this section.** This section is to be completed only if the individual in Section 6A above is a 5% or greater owner (direct or indirect), or has a partnership interest in, or is an actual employee of, or director/officer of, the supplier identified in Section 2B.

1.  Has the individual in Section 6A above, under any current or former name or business identity, ever had any of the adverse legal actions listed in Table A in Section 3A imposed against him or her?          ☐ YES ☒ NO

2.  IF YES, report each adverse legal action, when it occurred, the law enforcement authority/court/administrative body that imposed the action, and the resolution.  Attach a copy of the adverse legal action documentation(s) and resolution(s).

| Adverse Legal Action: | Date: | Law Enforcement Authority: | Resolution: |
|---|---|---|---|
| N/A | | | |
| | | | |
| | | | |

CMS 855B (11/2001)

OMB Approval No. 0938-0685

## 6. Ownership Interest and/or Managing Control Information (Individuals)

This section is to be completed with information about any individual that has a 5% or greater (direct or indirect) ownership interest in, or any partnership interest in, the supplier identified in Section 2B. All officers, directors, and managing employees of the supplier must also be reported in this section. In addition, any information on adverse legal actions that have been imposed against the individuals reported in this section must be furnished. If there is more than one individual, copy and complete this section for each.

### A. Individual with Ownership Interest and/or Managing Control—Identification Information

☐ Add            ☐ Delete            ☐ Change            Effective Date: _____

| 1. Name    First        Middle        M. | | Last    BANKS | Jr., Sr., etc.    N/A |
|---|---|---|---|
| EDWIN | | | |
| Social Security Number | | Date of Birth (MM/DD/YYYY) | Credentials (M.D., O.D., etc.)    N/A |
| Medicare Identification Number (if applicable)    N/A | Effective Date of Ownership (MM/DD/YYYY)    N/A | | Effective Date of Control (MM/DD/YYYY)    *** |

2. If the above individual is **directly** associated with the supplier in Section 2B, what is this individual's relationship with the supplier? (Check all that apply.)
   ☐ 5% or Greater Owner          ☐ Partner          ☐ Managing Employee
   ☐ Director/Officer          ☐ Other (Specify): _____

3. If the above individual is **directly** associated with an organization identified in Section 5B, furnish the name of that organization in the space below:    ***SEE ATTACHED FOR EFFECTIVE DATE OF CONTROL
   Legal Business Name of Organization:    CAREMARK RX, INC.

4. What is this individual's role with the organization reported in Section 6A3 above (check all that apply)?
   ☐ 5% or Greater Owner          ☐ Partner          ☐ Managing Employee
   ☒ Director/Officer          ☐ Other (Specify): _____

### B. Adverse Legal History            ☐ Change          ☐ Effective Date: _____

**Please read the applicable instructions before completing this section.** This section is to be completed only if the individual in Section 6A above is a 5% or greater owner (direct or indirect), or has a partnership interest in, or is an actual employee of, or director/officer of, the supplier identified in Section 2B.

1. Has the individual in Section 6A above, under any current or former name or business identity, ever had any of the adverse legal actions listed in Table A in Section 3A imposed against him or her?          ☐ YES ☒ NO

2. IF YES, report each adverse legal action, when it occurred, the law enforcement authority/court/administrative body that imposed the action, and the resolution. Attach a copy of the adverse legal action documentation(s) and resolution(s).

| Adverse Legal Action: | Date: | Law Enforcement Authority: | Resolution: |
|---|---|---|---|
| N/A | | | |
| | | | |
| | | | |

CMS 855B (11/2001)

OMB Approval No. 0938-06(

## 6. Ownership Interest and/or Managing Control Information (Individuals)

This section is to be completed with information about any individual that has a 5% or greater (direct or indirect) ownership interest in, or <u>any</u> partnership interest in, the supplier identified in Section 2B. All officers, directors, and managing employees of the supplier must also be reported in this section. In addition, any information on adverse legal actions that have been imposed against the individuals reported in this section must be furnished. If there is more than one individual, copy and complete this section for each.

A. Individual with Ownership Interest and/or Managing Control—Identification Information

☐ Add          ☐ Delete          ☐ Change          Effective Date: _____

| 1. Name     First **C.** | Middle **DAVID** | Last **BROWN** | Jr., Sr., etc. **II** |
|---|---|---|---|

| Social Security Number ▮▮▮▮▮▮ | Date of Birth (MM/DD/YYYY) | Credentials (M.D., O.D., etc.) **N/A** |
|---|---|---|

| Medicare Identification Number (if applicable) **N/A** | Effective Date of <u>Ownership</u> (MM/DD/YYYY) **N/A** | Effective Date of <u>Control</u> ***  (MM/DD/YYYY) |
|---|---|---|

2. If the above individual is <u>**directly**</u> associated with the supplier in Section 2B, what is this individual's relationship with the supplier? (Check all that apply.)
    ☐ 5% or Greater Owner     ☐ Partner     ☐ Managing Employee
    ☐ Director/Officer     ☐ Other (Specify): _____

3. If the above individual is <u>**directly**</u> associated with an organization identified in Section 5B, furnish the name of that organization in the space below: ***SEE ATTACHED FOR EFFECTIVE DATE OF CONTROL
    Legal Business Name of Organization: **CAREMARK RX, INC.**

4. What is this individual's role with the organization reported in Section 6A3 above (check all that apply)?
    ☐ 5% or Greater Owner     ☐ Partner     ☐ Managing Employee
    ☒ Director/Officer     ☐ Other (Specify): _____

B. Adverse Legal History          ☐ Change          ☐ Effective Date: _____

**Please read the applicable instructions before completing this section.** This section is to be completed <u>only</u> if the individual in Section 6A above is a 5% or greater <u>owner</u> (direct or indirect), or has a <u>partnership</u> interest in, or is an actual employee of, or director/officer of, the supplier identified in Section 2B.

1. Has the individual in Section 6A above, under any current or former name or business identity, <u>ever</u> had any of the adverse legal actions listed in Table A in Section 3A imposed against him or her?     ☐ YES ☒ NO

2. IF YES, report each adverse legal action, when it occurred, the law enforcement authority/court/administrative body that imposed the action, and the resolution. Attach a copy of the adverse legal action documentation(s) and resolution(s).

| Adverse Legal Action: | Date: | Law Enforcement Authority: | Resolution: |
|---|---|---|---|
| **N/A** | | | |
| | | | |
| | | | |

CMS-855R (11/2001)

OMB Approval No. 0938-0685

## 6. Ownership Interest and/or Managing Control Information (Individuals)

This section is to be completed with information about any individual that has a 5% or greater (direct or indirect) ownership interest in, or any partnership interest in, the supplier identified in Section 2B. All officers, directors, and managing employees of the supplier must also be reported in this section. In addition, any information on adverse legal actions that have been imposed against the individuals reported in this section must be furnished. If there is more than one individual, copy and complete this section for each.

**A. Individual with Ownership Interest and/or Managing Control—Identification Information**

☐ Add          ☐ Delete          ☐ Change          Effective Date:_____

| 1. Name    First           Middle | | Last                          | Jr., Sr., etc. |
|---|---|---|---|
| COLLEEN | | CONWAY-WELCH | N/A |

| Social Security Number | Date of Birth (MM/DD/YYYY) | Credentials (M.D., O.D., etc.) Ph.D. |
|---|---|---|
| ▓▓▓▓▓ | ▓▓▓▓▓ | |

| Medicare Identification Number (if applicable)    N/A | Effective Date of Ownership (MM/DD/YYYY)    N/A | Effective Date of Control (MM/DD/YYYY)    *** |
|---|---|---|

2. If the above individual is **directly** associated with the supplier in Section 2B, what is this individual's relationship with the supplier? (Check all that apply.)
   ☐ 5% or Greater Owner          ☐ Partner          ☐ Managing Employee
   ☐ Director/Officer             ☐ Other (Specify):_____

3. If the above individual is **directly** associated with an organization identified in Section 5B, furnish the name of that organization in the space below:    ***SEE ATTACHED FOR EFFECTIVE DATE OF CONTROL
   Legal Business Name of Organization:    CAREMARK RX, INC.

4. What is this individual's role with the organization reported in Section 6A3 above (check all that apply)?
   ☐ 5% or Greater Owner          ☐ Partner          ☐ Managing Employee
   ☒ Director/Officer             ☐ Other (Specify):_____

**B. Adverse Legal History**          ☐ Change          ☐ Effective Date:_____

**Please read the applicable instructions before completing this section.** This section is to be completed only if the individual in Section 6A above is a 5% or greater owner (direct or indirect), or has a partnership interest in, or is an actual employee of, or director/officer of, the supplier identified in Section 2B.

1. Has the individual in Section 6A above, under any current or former name or business identity, ever had any of the adverse legal actions listed in Table A in Section 3A imposed against him or her?          ☐ YES ☒ NO

2. IF YES, report each adverse legal action, when it occurred, the law enforcement authority/court/administrative body that imposed the action, and the resolution. Attach a copy of the adverse legal action documentation(s) and resolution(s).

| Adverse Legal Action: | Date: | Law Enforcement Authority: | Resolution: |
|---|---|---|---|
| N/A | | | |
| | | | |
| | | | |

CMS 855B (11/2001)

OMB Approval No. 0938-0685

## 6.  Ownership Interest and/or Managing Control Information (Individuals)

This section is to be completed with information about any individual that has a 5% or greater (direct or indirect) ownership interest in, or any partnership interest in, the supplier identified in Section 2B.  All officers, directors, and managing employees of the supplier must also be reported in this section.  In addition, any information on adverse legal actions that have been imposed against the individuals reported in this section must be furnished.  If there is more than one individual, copy and complete this section for each.

### A.  Individual with Ownership Interest and/or Managing Control—Identification Information

| ☐ Add | ☐ Delete | ☐ Change | Effective Date:_____ |
|---|---|---|---|

| 1.  Name     First          Middle | | Last | Jr., Sr., etc. |
|---|---|---|---|
| HARRIS | | DIAMOND | N/A |
| Social Security Number | | Date of Birth (MM/DD/YYYY) | Credentials (M.D., O.D., etc.)   N/A |
| ▇▇▇▇▇▇ | | ▇▇▇▇▇▇ | |

| Medicare Identification Number (if applicable)     N/A | Effective Date of Ownership (MM/DD/YYYY)  N/A | Effective Date of Control *** (MM/DD/YYYY) |
|---|---|---|

2.  If the above individual is **directly** associated with the supplier in Section 2B, what is this individual's relationship with the supplier? (Check all that apply.)

☐ 5% or Greater Owner          ☐ Partner          ☐ Managing Employee
☐ Director/Officer               ☐ Other (Specify):_____

3.  If the above individual is **directly** associated with an organization identified in Section 5B, furnish the name of that organization in the space below:          ***SEE ATTACHED FOR EFFECTIVE DATE OF CONTROL
     Legal Business Name of Organization:  CAREMARK RX, INC.

4.  What is this individual's role with the organization reported in Section 6A3 above (check all that apply)?
     ☐ 5% or Greater Owner          ☐ Partner          ☐ Managing Employee
     ☒ Director/Officer               ☐ Other (Specify):_____

### B.  Adverse Legal History          ☐ Change          ☐ Effective Date:_____

**Please read the applicable instructions before completing this section.**  This section is to be completed only if the individual in Section 6A above is a 5% or greater owner (direct or indirect), or has a partnership interest in, or is an actual employee of, or director/officer of, the supplier identified in Section 2B.

1.  Has the individual in Section 6A above, under any current or former name or business identity, ever had any of the adverse legal actions listed in Table A in Section 3A imposed against him or her?          ☐ YES  ☒ NO

2.  **IF YES**, report each adverse legal action, when it occurred, the law enforcement authority/court/administrative body that imposed the action, and the resolution. Attach a copy of the adverse legal action documentation(s) and resolution(s).

| Adverse Legal Action: | Date: | Law Enforcement Authority: | Resolution: |
|---|---|---|---|
| N/A | | | |
| | | | |
| | | | |

CMS 855B (11/2001)

OMB Approval No. 0938-0685

## 6. Ownership Interest and/or Managing Control Information (Individuals)

This section is to be completed with information about any individual that has a 5% or greater (direct or indirect) ownership interest in, or <u>any</u> partnership interest in, the supplier identified in Section 2B. All officers, directors, and managing employees of the supplier must also be reported in this section. In addition, any information on adverse legal actions that have been imposed against the individuals reported in this section must be furnished. If there is more than one individual, copy and complete this section for each.

**A.  Individual with Ownership Interest and/or Managing Control—Identification Information**

☐ Add            ☐ Delete            ☐ Change            Effective Date:_____

| 1.  Name    First    KRISTEN | Middle | Last    GIBNEY-WILLIAMS | Jr., Sr., etc.    N/A |
|---|---|---|---|
| Social Security Number | | Date of Birth (MM/DD/YYYY) | Credentials (M.D., O.D., etc.)    N/A |
| Medicare Identification Number (if applicable)    N/A | Effective Date of <u>Ownership</u> (MM/DD/YYYY)    N/A | Effective Date of <u>Control</u> (MM/DD/YYYY)    *** | |

2.  If the above individual is <u>directly</u> associated with the supplier in Section 2B, what is this individual's relationship with the supplier? (Check all that apply.)
   ☐ 5% or Greater Owner        ☐ Partner            ☐ Managing Employee
   ☐ Director/Officer          ☐ Other (Specify):_____

3.  If the above individual is <u>directly</u> associated with an organization identified in Section 5B, furnish the name of that organization in the space below:    ***SEE ATTACHED FOR EFFECTIVE DATE OF CONTROL
   Legal Business Name of Organization:    CAREMARK RX, INC.

4.  What is this individual's role with the organization reported in Section 6A3 above (check all that apply)?
   ☐ 5% or Greater Owner        ☐ Partner            ☐ Managing Employee
   ☒ Director/Officer          ☐ Other (Specify):_____

**B.  Adverse Legal History**        ☐ Change            ☐ Effective Date:_____

Please read the applicable instructions before completing this section. This section is to be completed <u>only</u> if the individual in Section 6A above is a 5% or greater <u>owner</u> (direct or indirect), or has a <u>partnership</u> interest in, or is an actual employee of, or director/officer of, the supplier identified in Section 2B.

1.  Has the individual in Section 6A above, under any current or former name or business identity, <u>ever</u> had any of the adverse legal actions listed in Table A in Section 3A imposed against him or her?        ☐ YES  ☒ NO

2.  IF YES, report each adverse legal action, when it occurred, the law enforcement authority/court/administrative body that imposed the action, and the resolution. Attach a copy of the adverse legal action documentation(s) and resolution(s).

| Adverse Legal Action: | Date: | Law Enforcement Authority: | Resolution: |
|---|---|---|---|
| N/A | | | |
| | | | |
| | | | |

CMS 855B (11/2001)