Exhibit 3

 **State of Delaware**
The Official Website for the First State


Visit the Governor | General Assembly | Courts | Other Elected Officials | Federal, State & L

State Directory | Help | Search Delaware [Go]    Citizen Services | Business Services |

**Department of State: Division of Corporations**

**HOME**
About Agency
Secretary's Letter
Newsroom
Frequent Questions
Related Links
Contact Us
Office Location

**SERVICES**
Pay Taxes
File UCC's
Delaware Laws Online
Name Reservation
General Information
Status
Validate Certificate

**INFORMATION**
Corporate Forms
Corporate Fees
UCC Forms and Fees
UCC Searches
Taxes
Expedited Services
Service of Process
Registered Agents
Get Corporate Status
Submitting a Request

**Frequently Asked Questions**

## General Information Name Search

**2 Matches found**

* Required Field

* Entity Name:   CAREMARK INC.      or File Number:

This field is not case sensitive.

[Search]

| FILE NUMBER | ENTITY NAME |
|---|---|
| 2043426 | CAREMARK, INC. |
| 2167214 | CAREMARK INC. |

site map | about this site | contact us | translate | delaware.gov

https://sos-res.state.de.us/tin/controller                                8/28/2007




# State of Delaware
### The Official Website for the First State

Visit the Governor | General Assembly | Courts | Other Elected Officials | Federal, State & L

State Directory | Help | Search Delaware: [GO]    Citizen Services | Business Services |

**Department of State: Division of Corporations**

**HOME**
About Agency
Secretary's Letter
Newsroom
Frequent Questions
Related Links
Contact Us
Office Location

**SERVICES**
Pay Taxes
File UCC's
Delaware Laws Online
Name Reservation
General Information
Status
Validate Certificate

**INFORMATION**
Corporate Forms
Corporate Fees
UCC Forms and Fees
UCC Searches
Taxes
Expedited Services
Service of Process
Registered Agents
Get Corporate Status
Submitting a Request

Frequently Asked Questions   View Search Results

## Entity Details

**THIS IS NOT A STATEMENT OF GOOD STANDING**

| | | | |
|---|---|---|---|
| File Number: | 2043426 | Incorporation Date / Formation Date: | 09/05/1984 (mm/dd/yyyy) |
| Entity Name: | CAREMARK, INC. | | |
| Entity Kind: | CORPORATION | Entity Type: | GENERAL |
| Residency: | DOMESTIC | State: | DE |

**REGISTERED AGENT INFORMATION**

| | |
|---|---|
| Name: | THE CORPORATION TRUST COMPANY |
| Address: | CORPORATION TRUST CENTER 1209 ORANGE STREET |
| City: | WILMINGTON    County: NEW CASTLE |
| State: | DE    Postal Code: 19801 |
| Phone: | (302)658-7581 |

Additional Information is available for a fee. You can retrieve Status for a fee of $10.00 or more detailed information including current franchise tax assessment, current filing history and more for a fee of $20.00.

Would you like  ○ Status  ○ Status, Tax & History Information  [Submit]

[Back to Entity Search]

To contact a Delaware Online Agent click here.

site map | about this site | contact us | translate | delaware.gov

 

# State of Delaware
## The Official Website for the First State

Visit the Governor | General Assembly | Courts | Other Elected Officials | Federal, State & L

State Directory | Help | Search Delaware: [GO]    Citizen Services | Business Services |

**Department of State: Division of Corporations**

HOME
About Agency
Secretary's Letter
Newsroom
Frequent Questions
Related Links
Contact Us
Office Location

**SERVICES**
Pay Taxes
File UCC's
Delaware Laws Online
Name Reservation
General Information
Status
Validate Certificate

**INFORMATION**
Corporate Forms
Corporate Fees
UCC Forms and Fees
UCC Searches
Taxes
Expedited Services
Service of Process
Registered Agents
Get Corporate Status
Submitting a Request

**Frequently Asked Questions**    **View Search Results**

## Entity Details

**THIS IS NOT A STATEMENT OF GOOD STANDING**

| | | | |
|---|---|---|---|
| File Number: | 2167214 | Incorporation Date / Formation Date: | 07/21/1988 (mm/dd/yyyy) |
| Entity Name: | CAREMARK INC. | | |
| Entity Kind: | CORPORATION | Entity Type: | GENERAL |
| Residency: | FOREIGN | State: | CA |

**REGISTERED AGENT INFORMATION**

| | | | |
|---|---|---|---|
| Name: | THE PRENTICE-HALL CORPORATION SYSTEM, INC. | | |
| Address: | 2711 CENTERVILLE ROAD SUITE 400 | | |
| City: | WILMINGTON | County: | NEW CASTLE |
| State: | DE | Postal Code: | 19808 |
| Phone: | (302)636-5400 | | |

Additional Information is available for a fee. You can retrieve Status for a fee of $10.00 or more detailed information including current franchise tax assessment, current filing history and more for a fee of $20.00.

Would you like  ○ Status  ○ Status, Tax & History Information  [Submit]

[Back to Entity Search]

To contact a Delaware Online Agent click here.

---

site map | about this site | contact us | translate | delaware.gov

https://sos-res.state.de.us/tin/controller    8/28/2007