Exhibit 4

*ABRaham*

## AFFIDAVIT OF SERVICE BY THE SECRETARY OF STATE

Index # 601552/07                                          Purchased/Filed:
State of New York, Supreme Court                           County of New York

CAREMARK, INC., et. al.,                                                    Plaintiff

against

UNITED HEALTH CARE, et. al.,                                               Defendant

*FILED*
*JUL 18 2007*
*COUNTY CLERK'S OFFICE*
*NEW YORK*

STATE OF NEW YORK, COUNTY OF WARREN, SS.:

_____Sarah Roberts_____ , being duly sworn, deposes and says: deponent is over the age of twenty-one (21)
years; deponent is not a party herein; that on _____July 13, 2007_____ , at _____2:50PM_____ at the office
of the Secretary of State of the State of New York, at 41 State Street - 2nd Floor, Albany, New York 12207,
deponent served the annexed:

Summons and Verified Complaint

_____ , on

THE CINTAS CORPORATION HEALTH PLAN

Defendant in this action, by delivering to and leaving with _____Donna Christie_____
AUTHORIZED AGENT in the Office of the Secretary of State of the State of New York, personally at the Office of
the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of making such
service, deponent paid said Secretary of State a fee of _____40.00_____ dollars; that said service was made pursuant
to Section 307 Business Corporation Law , ☐; and via Registered Mail sent on _____ ,
receipt attached.


The Index No. and the date the action was filed were clearly marked and visible to the defendant.


Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the
Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served:   Approx. Age:   43   Approx. Weight:   155   Approx. Ht.:   5'7

Sex:  Female    Color of skin:  White    Color of hair:  Blonde    Other: _____

Sworn to before me on this   13th   day of   July 2007


_____
LINDA J. FULLER
NOTARY PUBLIC, State of New York
No. 01FU6137505, Warren County
My Comm. Exp. November 28, 2009

_____
Sarah Roberts

Cust. #/ WO #   521844

*ELITE PROCESS SERVERS - 88-08 LITTLE NECK PARKWAY, FLORAL PARK, NEW YORK 11001*

COURT: SUPREME COURT OF NEW YORK
COUNTY: NEW YORK

INDEX NO: 601552/07

---

CAREMARK, INC., D/B/A CAREMARK THERAPEUTIC SERVICES

Plaintiff(s)

- against -

UNITED HEALTH CARE, ANCILLARY CARE MANAGEMENT, THE
CORPORATION HEALTH PLAN

Defendant(s)

X

---

# AFFIDAVIT OF SERVICE

---

ABRAHAM WAX, PC
Attorney for Plaintiffs
750 THIRD AVENUE-29TH FLOOR
NEW YORK, NY 10017
212-922-9004
212-922-9150

ELITE PROCESS SERVERS * 88-08 Little Neck Parkway, Floral Park, NY 11001

## CERTIFICATE OF SERVICE

I, JOHN T. SEYBERT, hereby certify and affirm that a true and correct copy of the attached **DECLARATION JOHN T. SEYBERT** was served via ECF and Regular Mail on this 31th day of August, 2007, upon the following:

> Abraham Wax, Esq.
> Abraham Wax, P.C.
> Attorney for Plaintiff
> 750 Third Avenue
> New York, NY 10017

JOHN T. SEYBERT (JS-5014)

Dated:    New York, New York
          August 31, 2007

NY/507528v1