

**SEDGWICK**
DETERT, MORAN & ARNOLD LLP

125 Broad Street, 39th Floor
New York, New York 10004-2400
Tel: 212.422.0202  Fax: 212.422.0925

MEMO ENDORSED
IT IS ORDERED that counsel to whom this Memo Endorsement is sent is responsible for faxing or otherwise delivering promptly a copy to all counsel and unrepresented parties and filing a certificate of such service within 5 days from the date hereof. Do not fax such certification to Chambers.

www.sdma.com

August 31, 2007



RECEIVED
AUG 31 2007
CHAMBERS OF
LAURA TAYLOR SWAIN
U.S.D.J.

**VIA REGULAR MAIL**
Hon. Laura Taylor Swain, U.S.D.J.
United States District Court for the
Southern District of New York
500 Pearl St., Room 755
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: SEP 0 4 2007

Re:   *Caremark, Inc. v. United Health Care et al.*
      Civ. Act. No. 07 Civ. 5941 (LTS) (FM)
      File No.: 2072-060089

Dear Judge Swain:

We represent the defendant United HealthCare Insurance Company with regard to the above referenced case. Enclosed are courtesy copies of Defendant United HealthCare Insurance Company's Sur-Reply Memorandum of Law Concerning Plaintiff's Motion To Remand dated August 31, 2007 and Sur-Reply Declaration of John T. Seybert dated August 31, 2007 with Exhibits 1-4. Both have been filed with the Court today *via* ECF.

Also, we have a scheduling conflict for the Initial Conference on September 28, 2007 as Michael Bernstein is currently scheduled to be out of state on that day for business. We respectfully request that the conference be adjourned to another date. We have advised plaintiff's counsel of the conflict.

Respectfully submitted,

*/s/ John T. Seybert*

John T. Seybert (JS-5014)
Sedgwick, Detert, Moran & Arnold LLP

JTS/jts
Enclosures
cc:   Abraham Wax, Esq.
      Michael H. Bernstein, Esq.

*The conference is adjourned to October 5, 2007 at 2:30pm.*

**SO ORDERED.**

*/s/ Laura Taylor Swain*  9/4/2007
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

NY/507717v1