UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
CAREMARK INC., d/b/a CAREMARK THERAPEUTIC SERVICES,

                              Plaintiffs,

-against-

UNITED HEALTH CARE, ANCILLARY CARE MANAGEMENT, and THE CINTAS CORPORATION HEALTH PLAN,

                              Defendants.
------------------------------------------------------------------------X

Civil Action No.:
07 Civ. 5941 (LTS) (FM)

**NOTICE OF MOTION TO REARGUE REMAND ORDER**

**ORAL ARGUMENT & EVIDENTIARY HEARING REQUESTED**

**PLEASE TAKE NOTICE** that, upon the Memorandum of Law In Support Of Motion To Reargue Remand Order dated October 9, 2007 and the pleadings and motion papers filed heretofore, the defendant, United HealthCare Insurance Company ("UHI") incorrectly sued herein as "United Health Care," by its attorneys, Sedgwick, Detert, Moran & Arnold LLP, will move this Court at a date and time to be scheduled by the Court or as soon thereafter as counsel can be heard, before the Hon. Laura Taylor Swain, U.S.D.J. at the United States Courthouse, Southern District of New York located at 500 Pearl Street, New York, New York for an Order pursuant to Rule 6.3 of the Local Rules of the United States District Court for the Southern District of New York granting UHI's motion to reargue this Court's Order Granting Motion To Remand (the "Remand Order") issued September 24, 2007 (Docket No. 24), upon doing so denying plaintiff's motion to remand and granting any other and further relief as this Court may deem just and proper.

NY/511454v1

Dated: New York, New York
October 9, 2007

                                                                           Respectfully submitted,

                                                                           _____
                                                                           MICHAEL H. BERNSTEIN (MB-0579)
                                                                           JOHN T. SEYBERT (JS-5014)
                                                                           SEDGWICK, DETERT, MORAN & ARNOLD LLP
                                                                           Attorneys for Defendant
                                                                           **UNITED HEALTHCARE INSURANCE**
                                                                           **COMPANY i/s/a UNITED HEALTH CARE**
                                                                           125 Broad Street, 39th Floor
                                                                           New York, New York 10004
                                                                           Telephone: (212) 422-0202

NY/511454v1

## CERTIFICATE OF SERVICE

    I, JOHN T. SEYBERT, hereby certify and affirm that a true and correct copy of the attached **NOTICE OF MOTION TO REARGUE REMAND ORDER** was served via Overnight Mail on this 9th day of October, 2007, upon the following:

> Abraham Wax, Esq.
> Abraham Wax, P.C.
> Attorney for Plaintiff
> 750 Third Avenue
> New York, NY 10017

_____
JOHN T. SEYBERT (JS-5014)

Dated:    New York, New York
            October 9, 2007

NY/511454v1